| | | | |
|---|---|---|---|
| Debtor 1 | **Rodney Paul Hunt** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number (if known) | 15-13962-RGM | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $          9,850,165.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.............................................................. | $             709,329.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................................... | $        10,559,494.00 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        18,292,834.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $          1,037,420.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $          4,378,502.62 |
| **Your total liabilities** | $        23,708,756.62 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $                      0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $             84,629.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                    $                      0.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 35,400.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 1,002,020.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 1,037,420.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rodney Paul Hunt** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number | 15-13962-RGM | | |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1
**201 Chain Bridge Rd.**
Street address, if available, or other description

**Mc Lean**     **VA**     **22101-0000**

City     State     ZIP Code

**Arlington**
County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$9,000,000.00**

Current value of the portion you own?
**$9,000,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

**If you own or have more than one, list here:**

1.2

**5227 Ballycastle Cir.**
Street address, if available, or other description

**What is the property?** Check all that apply

☑ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$450,260.00** | **$450,260.00** |

**Alexandria       VA**
City          State       ZIP Code

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Alexandria**
County

Other information you wish to add about this item, such as local property identification number:

☐ **Check if this is community property**
(see instructions)

**Value is tax assessment.**

---

**If you own or have more than one, list here:**

1.3

**6039 Deer Ridge Trail**
Street address, if available, or other description

**What is the property?** Check all that apply

☑ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$799,810.00** | **$399,905.00** |

**Springfield       VA       22150-0000**
City          State       ZIP Code

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fairfax**
County

Other information you wish to add about this item, such as local property identification number:

☐ **Check if this is community property**
(see instructions)

**Value is tax assessment.**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**

| |
|---|
| **$9,850,165.00** |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Chevrolet** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1   Make:     **Chevrolet**
      Model:    **Monte Carlo**
      Year:     **1972**
      Approximate mileage:   **112000**
      Other information:

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

**$18,000.00**          **$18,000.00**

---

3.2   Make:     **Jaguar**
      Model:    **XJ6**
      Year:     **1982**
      Approximate mileage:   **193000**
      Other information:

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

**$10,000.00**          **$10,000.00**

---

3.3   Make:     **BMW**
      Model:    **740il**
      Year:     **2000**
      Approximate mileage:   **95000**
      Other information:

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

**$9,000.00**          **$9,000.00**

---

3.4   Make:     **Cadillac**
      Model:    **DeVille**
      Year:     **2003**
      Approximate mileage:   **203000**
      Other information:

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

**$5,000.00**          **$5,000.00**

---

3.5   Make:     **Dodge**
      Model:    **Road Runner**
      Year:     **1965**
      Approximate mileage:   **34000**
      Other information:

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?          Current value of the portion you own?

**$22,000.00**          **$22,000.00**

| 3.6 | Make: | **Hummer** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | | ■ Debtor 1 only | |
| | Year: | **1985** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? |
| | Other information: | | ☐ At least one of the debtors and another | Current value of the portion you own? |

**In possession Johnny Gallo in Los Angeles. Was owned by Tupac Shakur**

☐ Check if this is community property (see instructions)

Current value of the entire property? **$30,000.00**    Current value of the portion you own? **$30,000.00**

---

| 3.7 | Make: | **Jaguar** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **XJ6 Convertible** | ■ Debtor 1 only | |
| | Year: | **1987** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? |
| | Other information: | | ☐ At least one of the debtors and another | Current value of the portion you own? |

**In possession of Johnny Gallo in Los Angeles. Belonged to Tupac Shakur.**

☐ Check if this is community property (see instructions)

Current value of the entire property? **$40,000.00**    Current value of the portion you own? **$40,000.00**

---

| 3.8 | Make: | **Mercedes Benz** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **SL55 Hardtop Convertible** | ■ Debtor 1 only | |
| | Year: | **2003** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? |
| | Other information: | | ☐ At least one of the debtors and another | Current value of the portion you own? |

**Was owned by Michael Jordan. In possession of Isaac Wright in Miami.**

☐ Check if this is community property (see instructions)

Current value of the entire property? **$35,000.00**    Current value of the portion you own? **$35,000.00**

---

| 3.9 | Make: | **Yamaha** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **Motorcycle** | ■ Debtor 1 only | |
| | Year: | | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? |
| | Other information: | | ☐ At least one of the debtors and another | Current value of the portion you own? |

**In Texas**

☐ Check if this is community property (see instructions)

Current value of the entire property? **$15,000.00**    Current value of the portion you own? **$15,000.00**

---

| 3.10 | Make: | **Vespa** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | | ■ Debtor 1 only | |
| | Year: | | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? |
| | Other information: | | ☐ At least one of the debtors and another | Current value of the portion you own? |

**In Texas**

☐ Check if this is community property (see instructions)

Current value of the entire property? **$3,000.00**    Current value of the portion you own? **$3,000.00**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1 | Make: _____ | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Model:  **Pontoon boat**

Year: _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
    (see instructions)

Other information:

**In Cold Springs TX in possession of Dan Johnson/Judith Wasserman.**

|  | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
|  | $10,000.00 | $10,000.00 |

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**..............................................................=>   **$197,000.00**

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

| Household goods and furnishings | $47,090.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

| Household electronics | $4,700.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.....

| Sports memorabilia | $5,000.00 |
|---|---|
| Swarovski crystal (30) | $1,500.00 |
| Vases, decanters, small statues | $850.00 |
| Artworks - see attached | $394,200.00 |
| Misc. books | $1,000.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.....

| Golf clubs, basketballs. | $2,000.00 |
|---|---|

| **Exercise equipment** | **$3,500.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes.  Describe.....

| **Wearing apparel** | **$10,150.00** |

| **Suitcases, briefcases (20)** | **$5,000.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes.  Describe.....

| **Yellow diamond ring** | **$7,000.00** |

| **Multi-colored diamond necklace** | **$9,000.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................    | **$490,990.00** |

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes.................................................................................................................

|  | **Cash** | **$100.00** |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☑ No
    ☐ Yes.......................                    Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ☑ Yes..................                    Institution or issuer name:

| **UBS stock account** | **$715.50** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | **See attached.  Values unknown.** | **%** | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. .....................

    | | Institution name or individual: | |
    |---|---|---|
    | **Prepayment of interest** | **Restoration Capital.** | **$19,800.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☐ No
    ■ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    | **Morgan Stanley 529 plan** | **$723.50** |
    |---|---|

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    _Examples:_ Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    _Examples:_ Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

    | See attached list.  $8,026,000, Collectability unknown. | Unknown |
    |---|---|

31. **Interests in insurance policies**
    _Examples:_ Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | **United Healthcare** | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    _Examples:_ Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

    | Insurance claims - see attached. | Unknown |
    |---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here...................................................................................................................

    | $21,339.00 |
    |---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  |  **$0.00**

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ............................................................................................................  **$9,850,165.00**

56. **Part 2: Total vehicles, line 5**                                                                         **$197,000.00**
57. **Part 3: Total personal and household items, line 15**                                                   **$490,990.00**
58. **Part 4: Total financial assets, line 36**                                                               **$21,339.00**
59. **Part 5: Total business-related property, line 45**                                                      **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**                                             **$0.00**
61. **Part 7: Total other property not listed, line 54**                                              +       **$0.00**

62. **Total personal property.** Add lines 56 through 61...        **$709,329.00**    Copy personal property total       **$709,329.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62                                   **$10,559,494.00**

# MUIR FINE ART GALLERY

303 STAFFORD ST. | HOUSTON, TEXAS 77079 | 281.497.8009

**Sales**

| Ticket # | Date | Name of Item | Artist | Purchaser | Amount | Form of Payment | Balance Due |
|---|---|---|---|---|---|---|---|
| 797480 | 04/16/08 | Mechanic | Mann | Rodney P. Hunt | 7500.00 | Wire | Paid |
| 797480 | 04/16/08 | Anticipation | Ataeva | Rodney P. Hunt | 7800.00 | Wire | Paid |
| 797480 | 04/16/08 | Half Man | Ataeva | Rodney P. Hunt | 6500.00 | Wire | Paid |
| 797480 | 04/16/08 | Blue Nudes | Mann | Rodney P. Hunt | 4800.00 | Wire | Paid |
| 797480 | 04/16/08 | Nudes in the Field | Mann | Rodney P. Hunt | 3800.00 | Wire | Paid |
| 797480 | 04/16/08 | Big Red | Hovde | Rodney P. Hunt | 18000.00 | Wire | Paid |
| 797480 | 04/16/08 | Venice | Dinner | Rodney P. Hunt | 8200.00 | Wire | Paid |
| 797480 | 04/16/08 | South of France | Dinner | Rodney P. Hunt | 6800.00 | Wire | Paid |
| 797480 | 04/16/08 | Ponder | Garcia | Rodney P. Hunt | 4700.00 | Wire | Paid |
| 797480 | 04/16/08 | Art Incubator | Chapman | Rodney P. Hunt | 4000.00 | Wire | Paid |
| 797480 | 04/16/08 | Charlie Parker | Mirkovich | Rodney P. Hunt | 8000.00 | Wire | Paid |
| 797480 | 04/16/08 | Miles Davis | Mirkovich | Rodney P. Hunt | 7500.00 | Wire | Paid |
| 797480 | 04/16/08 | Woman and the Hare | Ataeva | Rodney P. Hunt | 6500.00 | Wire | Paid |
| | 04/16/08 | Apple & Pear (Gift from Muir Fine Art Gallery) | Dinner | Rodney P. Hunt | 0.00 | | - |
| | 04/16/08 | The Party's Over (Gift from Muir Fine Art Gallery) | Stark | Rodney P. Hunt | 0.00 | Judy Wasserman Req. | |
| 528013 | 07/26/08 | From Here to Austin | Chapman | Rodney P. Hunt | 5200.00 | Wire | Paid |
| 528013 | 07/26/08 | Hanging Fire | Chapman | Rodney P. Hunt | 5200.00 | Wire | Paid |
| 528013 | 07/26/08 | its' A Jungle Out There | Chapman | Rodney P. Hunt | 5800.00 | Wire | Paid |
| 528013 | 07/26/08 | Slow Burn | Chapman | Rodney P. Hunt | 3500.00 | Wire | Paid |
| 528013 | 07/26/08 | Houston Symphony | Chapman | Rodney P. Hunt | 5200.00 | Wire | Paid |
| 528013 | 07/26/08 | Synapse | Chapman | Rodney P. Hunt | 4800.00 | Wire | Paid |
| 528013 | 07/26/08 | Synapse II | Chapman | Rodney P. Hunt | 3800.00 | Wire | Paid |
| 528013 | 07/26/08 | Firefly | Dinner | Rodney P. Hunt | 5500.00 | Wire | Paid |
| 528013 | 07/26/08 | Odyssey | Bull | Rodney P. Hunt | 3000.00 | Wire | Paid |
| 528013 | 07/26/08 | Toni Braxton | Mirkovich | Rodney P. Hunt | 7500.00 | Wire | Paid |
| 528013 | 07/26/08 | Billie Holiday | Mirkovich | Rodney P. Hunt | 18000.00 | Wire | Paid |
| 528014 | 07/26/08 | Winter | Garcia | Rodney P. Hunt | 3100.00 | Wire | Paid |
| 528014 | 07/26/08 | Lovers | Garcia | Rodney P. Hunt | 3100.00 | Wire | Paid |
| 528014 | 07/26/08 | Nudes (Gift from Muir Fine Art Gallery) | Mann | Rodney P. Hunt | 0.00 | | |
| 528014 | 07/26/08 | Freedom Tree | Anderson | Rodney P. Hunt | 15000.00 | Wire | Paid |
| 528014 | 07/26/08 | Dans de le Jardin II | Hovde | Rodney P. Hunt | 5000.00 | Wire | Paid |
| 528014 | 07/26/08 | Obama Collage | Love | Rodney P. Hunt | 2500.00 | Wire | Paid |
| | 11/19/09 | Connected Souls | Yuroz | Rodney P. Hunt | 8500.00 | Check | Paid |
| | 11/19/09 | Poetic Angel | Yuroz | Rodney P. Hunt | 2900.00 | Check | Paid |
| | 11/19/09 | Perfect Harmony | Yuroz | Rodney P. Hunt | 2900.00 | Check | Paid |
| | 11/19/09 | Preservation of Love | Yuroz | Rodney P. Hunt | 6500.00 | Check | Paid |
| | 11/19/09 | Kabuki Bride | Perkins | Rodney P. Hunt | 6500.00 | Check | Paid |
| | 11/19/09 | Unity II | Martinelli | Rodney P. Hunt | 4500.00 | Check | Paid |
| | 04/29/10 | Hare Trigger | Ataeva | Rodney P. Hunt | 7500.00 | Wire | Paid |
| | 04/29/10 | Romance with Guitar | Yuroz | Rodney P. Hunt | 8800.00 | Wire | Paid |
| | 04/29/10 | Stevie Wonder (Gift from Muir Fine Art Gallery) | Mirkovich | Rodney P. Hunt | 0.00 | | - |
| 528113 | 07/23/10 | Blue Bird of Happiness | Anna Ataeva | Rodney P. Hunt | 13,500.00 | | |
| 528113 | 07/23/10 | Woman with Koi | Anna Ataeva | Rodney P. Hunt | 900.00 | | |
| 528113 | 07/23/10 | Nothing To Lose | Anna Ataeva | Rodney P. Hunt | 13,500.00 | | |
| 528113 | 07/23/10 | Autumn Apples | Anna Ataeva | Rodney P. Hunt | 1,100.00 | | |
| 528113 | 07/23/10 | Fulfilled | Vanesa Martinel | Rodney P. Hunt | 4,500.00 | | |
| 528113 | 07/23/10 | Dragonfly | Lidia Dinner | Rodney P. Hunt | 7,500.00 | | |
| 528113 | 07/23/10 | Red Chair | Lidia Dinner | Rodney P. Hunt | 7,500.00 | | |
| 528113 | 07/23/10 | Lost in Poetry | Yuroz | Rodney P. Hunt | 4,500.00 | | |
| 528113 | 07/23/10 | Old Man In Hat | Yuroz | Rodney P. Hunt | 3,200.00 | | |
| 528113 | 07/23/10 | Woman in Straw Hat | Yuroz | Rodney P. Hunt | 3,200.00 | | |
| 528113 | 07/23/10 | Sharing the Afternoon | Yuroz | Rodney P. Hunt | 4,500.00 | | |
| 528113 | 07/23/10 | Waiting for Love | Yuroz | Rodney P. Hunt | 4,500.00 | Amount Due | 68400.00 |
| 528113 | 07/23/10 | Rejoice (Gift from Muir Fine Art Gallery) | Ataeva | Rodney P. Hunt | 0.00 | Wire | -60000.00 |
| | | | | | | Balance Due | 8400.00 |
| 528113 | 07/23/10 | Man in the Bowl | Ataeva | Rodney P. Hunt | 10000.00 | Wire | Paid |
| 528113 | 07/23/10 | Beyonce | Mirkovich | Rodney P. Hunt | 5000.00 | Wire | Paid |
| 528113 | 07/23/10 | Ray Charles | Mirkovich | Rodney P. Hunt | 5000.00 | Wire | Paid |
| 190556 | 04/25/11 | Rolling Stones | Mirkovich | Rodney P. Hunt | 19500.00 | Amount Due | 27900.00 |
| 190556 | 04/25/11 | Eric Clapton | Mirkovich | Rodney P. Hunt | 3800.00 | Amount Due | 31700.00 |
| 190556 | 04/25/11 | The Who Collage | Mirkovich | Rodney P. Hunt | 1500.00 | Amount Due | 33200.00 |
| 190556 | 04/25/11 | Reclining Nude | Mirkovich | Rodney P. Hunt | 8500.00 | Amount Due | 41700.00 |
| 190556 | 04/25/11 | Shakira | Mirkovich | Rodney P. Hunt | 9800.00 | Amount Due | 51500.00 |
| 190556 | 04/25/11 | Beatles 1965 | Mirkovich | Rodney P. Hunt | 12500.00 | Amount Due | 64000.00 |
| 190556 | 04/25/11 | Lilly Pond | Ataeva | Rodney P. Hunt | 3200.00 | Amount Due | 67200.00 |
| 190556 | 04/25/11 | Tri Floral Lilly Pad (Gift from Muir Fine Art Gallery) | Ataeva | Rodney P. Hunt | 600.00 | | |
| | | | | | 385000.00 | Wire | -10000.00 |
| | | | | | | Wire | -15000.00 |
| | | | | | | Balance | 42200.00 |
| | | | | | | Shipping & Insur. | 3481.5 |
| | | | | | | Amount Due | $45,681.50 |

Wire Transfer Information:
Muir Fine Art Gallery
John Muir Lockhart
Bank of America
3107 N. Fry Road
Katy, Texas 77449
Routing No.
111000025
4881425059



009651



# S T Y G I A N

P U B L I S H I N G

1250 Long Beach Avenue, Suite 327    Los Angeles, California 90021

Tel # (213) 622-6416    FAX # (213) 622-8030

| SOLD TO: | SHIP TO: |
|---|---|
| Name Rodney P. Hunt | |
| Address 201 Chain Bridge Road | |
| City/State McLean, VA    Zip 22101 | |
| Bus. Phone ( 703  462-4707 | |
| Home Phone (    ) | |
| E-mail | REFERENCE INVOICE # |

| DATE 08/20/ | SALESPERSON Debora | TERMS | | ☒☒ SALE ☐ | TBO ☐ LAYAWAY ☒☒ PAYMENT |
|---|---|---|---|---|---|
| SHIPPED VIA | | DATE | SPECIAL INSTRUCTIONS | | |

| QUANTITY | INVENTORY # | EDITION # | TITLE | MEDIUM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1 | STY-5196 | | "Metamorphosis" Oil/Canvas | | $85,000.00 | $85,000.00 |
| 1 | STY-2355 | | "Lost In The Moment" Oil/Board | | $85,000.00 | $85,000.00 |
| 1 | STY-4810 | | "Protected by Love" Oil/Canvas | | $95,000.00 | $65,000.00 |
| 1 | STY-1239 | | "Spring" (Study) Oil/Canvas | | $35,000.00 | $35,000.00 |
| 1 | STY-3209 | | "Waiting for Her Glance" Acrylic | | $4,500.00 | $4,500.00 |
| 1 | STY-3997 | | "Evening Serenade" Charcoal/B. | | $25,000.00 | N/C |
| 1 | STY-0000 | 5370 | "Evening Toast"   Oil/Panel | | $24,000.00 | N/C |
| 1 | | AP4/5 | "Peaceful On Your Breast" Serigr. | | $8,000.00 | $8,000.00 |
| 1 | | 34/50 | "Kiss Under The Red Hat" Serigr. | | $8,000.00 | $8,000.00 |
| 1 | | 17/50 | "Let Me Finish The Page" Serigr. | | $6,500.00 | $6,500.00 |
| 1 | | 34/150 | "Music In Her Soul" Serigr. | | $3,500.00 | $3,000.00 |

CERTIFICATE OF AUTHENTICITY--DATE OF ISSUE

METHOD OF PAYMENT

| | AMOUNT | MERCHANDISE TOTAL | Cont. |
|---|---|---|---|
| RESALE # | | SALES TAX | O/S |
| MASTER CARD | | FREIGHT CHARGE | N/C |
| VISA | | TOTAL BALANCE | |
| AMERICAN EXPRESS | | AMOUNT RECEIVED | |
| CASH | | NEW BALANCE | Cont. |
| CHECK | | | |

TBO:  A deposit of 50% is required when the order is placed.

LAYAWAYS: Layaways of up to 3 months are permitted on retail sales. A deposit of 33% of the total amount of the sale is required ($). The buyer promises to pay the balance due in two installments of $_____ beginning 30 days hence and continuing on the tenth of each succeeding month.

NO REFUNDS. CREDIT ISSUED IN MERCHANDISE ONLY.

If any dispute arises concerning this invoice, the prevailing party shall be awarded attorney fees and all costs. All parties to this invoice agree to submit any dispute to the jurisdiction of the Court of the State of California.

Collector's                                        Salesperson's
Signature _____                         Signature _____

White/Accounting-Green/Accounting-Canary/Accounting-Pink/Client-Goldenrod/Shipping



000852xx

## S T Y G I A N
P U B L I S H I N G

Continuation

1250 Long Beach Avenue, Suite 327   Los Angeles, California 90021

Tel # (213) 622-6416   FAX # (213) 622-8030

| SOLD TO: | SHIP TO: |
|---|---|
| Name_____ | _____ |
| Address_____ | _____ |
| City/State_____Zip_____ | _____ |
| Bus. Phone ( )_____ | _____ |
| Home Phone ( )_____ | REFERENCE INVOICE # |
| E-mail_____ | |

DATE 08/20/1@ALESPERSON Deborah ERMS    ☐ SALE ☐ TBO ☐ LAYAWAY ☐ PAYMENT

| SHIPPED VIA | | DATE | | SPECIAL INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|

| QUANTITY | INVENTORY # | EDITION # | TITLE | MEDIUM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1 | | 5/150 | "The Bedroom Suite"  Serigr. | | $6,000.00 | N/C |
| 1 | | 42/150 | "Lover's Reach"  Serigraph | | $6,000.00 | N/C |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CERTIFICATE OF AUTHENTICITY—DATE OF ISSUE

METHOD OF PAYMENT

| | | AMOUNT | | |
|---|---|---|---|---|
| RESALE # | | | MERCHANDISE TOTAL | $300,000.00 |
| MASTER CARD | | | SALES TAX | O/S |
| VISA | | | FREIGHT CHARGE | N/C |
| AMERICAN EXPRESS | | | TOTAL BALANCE | $300,000.00 |
| XXXXx WIRE TRANSFER (08/20/2010) | | $100,000.00 | AMOUNT RECEIVED | $300,000.00 |
| XXXXX WIRE TRANSFER (09/23/2010) | | $200,000.00 | NEW BALANCE | ∅ |

TBO:  A deposit of 50% is required when the order is placed.

LAYAWAYS: Layaways of up to 3 months are permitted on retail sales. A deposit of 33% of the total amount of the sale is required ($). The buyer promises to pay the balance due in two installments of $_____ beginning 30 days hence and continuing on the tenth of each succeeding month.

NO REFUNDS. CREDIT ISSUED IN MERCHANDISE ONLY.

If any dispute arises concerning this invoice, the prevailing party shall be awarded attorney fees and all costs. All parties to this invoice agree to submit any dispute to the jurisdiction of the Court of the State of California.

Collector's        BY PHONE                     Salesperson's
Signature _____              Signature _____

White/Accounting–Green/Accounting–Canary/Accounting–Pink/Client–Goldenrod/Shipping



009665



## S T Y G I A N
### P U B L I S H I N G
1250 Long Beach Avenue, Suite 327   Los Angeles, California 90021

Tel # (213) 622-6416   FAX # (213) 622-8030

| SOLD TO: | SHIP TO: |
|---|---|
| Name___ Rodney P. Hunt | |
| Address 201 Chain Bridge Road | |
| City/State McLean, VA   Zip 22101 | |
| Bus. Phone ( 703 462-4707 | |
| Home Phone ( ) | REFERENCE INVOICE # |
| E-mail | |

| DATE 01/04/04 SALESPERSON Deborah IRNS | | XX SALE ☐ TBD ☐ LAYAWAY ☐ PAYMENT |
|---|---|---|
| SHIPPED VIA | DATE | SPECIAL INSTRUCTIONS |

| QUANTITY | INVENTORY # | EDITION # | TITLE | MEDIUM | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1 | STY-4476 | | "Summer Afternoon" Oil/Canvas | | $300,000.00 | $300,000.00 |
| | | | 40" x 60" | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CERTIFICATE OF AUTHENTICITY---DATE OF ISSUE

| METHOD OF PAYMENT | | AMOUNT | MERCHANDISE TOTAL | $300,000.00 |
|---|---|---|---|---|
| RESALE # | | | Sales Tax | O/S |
| MASTER CARD | | | FREIGHT CHARGE | N/C |
| VISA | | | TOTAL BALANCE | $300,000.00 |
| AMERICAN EXPRESS | | | AMOUNT RECEIVED | $300,000.00 |
| XXXXX  WIRE TRANSFER | | $300,000.00 | NEW BALANCE | # |
| CHECK | | | | |

TBD:  A deposit of 50% is required when the order is placed.

LAYAWAYS: Layaways of up to 3 months are permitted on retail sales. A deposit of 33% of the total amount of the sale is required ($). The buyer promises to pay the balance due in two installments of $_____ beginning 30 days hence and continuing on the tenth of each succeeding month.

NO REFUNDS. CREDIT ISSUED IN MERCHANDISE ONLY.

If any dispute arises concerning this invoice, the prevailing party shall be awarded attorney fees and all costs. All parties to this invoice agree to submit any dispute to the jurisdiction of the Court of the State of California.

BY PHONE

Collector's
Signature _____

Salesperson's
Signature _____

White / Accounting-Green / Accounting-Canary / Accounting-Pink / Check-Goldenrod / Shipping

| Creditor | Amount | Comments |
|---|---|---|
|  |  |  |
| Hunt and Harris Apparel | 350,000.00 | RPH lent partner his half of start up money |
| Hemingway Homes | 750,000.00 | Entity closed out; no assets |
| Summefield at Snow Hill Partnership | 4,000,000.00 | Property Foreclosed; no assets in entity; pending suit |
| Summefield at Snow Hill Partnership | 2,000,000.00 | Amounts garnished due to personal guarantee |
| Hunt/Greer Auto | 220,000.00 | Business start-up |
| Cypress Gardens | 250,000.00 | Single Asset Sold - no proceeds to RPH |
| Gregorys California | 300,000.00 | Start up costs for new store |
| 2003 Mercedes -Isaac Wright | 12,000.00 | Borrowed car; not returned |
| Scott Podell | 9,000.00 | Personal loan |
| First Fund Management | 135,000.00 | Escrow deposit released incorrectly |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | 8,026,000.00 |  |
|  |  |  |

Sched. A/B #33

**RODNEY P HUNT**
**INSURANCE CLAIMS**

| DATE OF LOSS | INSURANCE CO | CLAIM NUMBER | DESCRIPTION |
|---|---|---|---|
| 12/12/2009 | Chartis | 68250 | Jewelry, safe |
| 10/12/2009 | Chartis | 68251 | Jewelry, cash |
| 8/31/2011 | Lloyds of London | B050733306 | 2 watches, ring, cash |
| 4/1/2014 | Lexington | 683-605993 HO | damaged artwork, crystal, jewelry, vases |
| | | | |
| | | | |
| | | | |
| | $ - | | |
| | | | |
| | | | |

| Debtor 1 | **Rodney Paul Hunt** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number | 15-13962-RGM | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **201 Chain Bridge Rd. Mc Lean, VA 22101  Arlington County** <br> Line from *Schedule A/B*: **1.1** | $9,000,000.00 | ■ | $1.00 | **Va. Code Ann. § 34-4** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **6039 Deer Ridge Trail Springfield, VA 22150** <br> Line from *Schedule A/B*: **1.3** | $399,905.00 | ■ | $1.00 | **Va. Code Ann. § 34-4** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **5227 Ballycastle Cir. Alexandria, VA** <br> Line from *Schedule A/B*: **1.2** | $450,260.00 | ■ | $1.00 | **Va. Code Ann. § 34-4** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1972 Chevrolet Monte Carlo 112000 miles** <br> Line from *Schedule A/B*: **3.1** | $18,000.00 | ■ | $6,000.00 | **Va. Code Ann. § 34-26(8)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1972 Chevrolet Monte Carlo 112000 miles** <br> Line from *Schedule A/B*: **3.1** | $18,000.00 | ■ | $4,997.00 | **Va. Code Ann. § 34-4** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household goods and furnishings**<br>Line from *Schedule A/B*: **6.1** | $47,090.00 | ■             $5,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| **Wearing apparel**<br>Line from *Schedule A/B*: **11.1** | $10,150.00 | ■             $1,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4)** |
| **Morgan Stanley 529 plan**<br>Line from *Schedule A/B*: **24.1** | $723.50 | ■             $723.50<br>☐   100% of fair market value, up to any applicable statutory limit | **11 USC 541(c)(2)/541(b)(6)/Va Code 23-38.81(f)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
(Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

■   No

☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ☐   No

     ☐   Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 **Rodney Paul Hunt**
First Name     Middle Name     Last Name

Debtor 2
(Spouse if, filing)     First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     EASTERN DISTRICT OF VIRGINIA

Case number     **15-13962-RGM**
(if known)

☐ Check if this is an amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | **American Express**<br>Creditor's Name | Describe the property that secures the claim:<br>**201 Chain Bridge Rd. Mc Lean, VA 22101  Arlington County** | **$8,066.00** | **$9,000,000.00** | **$8,066.00** |

**PO Box 981537**
**El Paso, TX 79998-1537**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred     **Judgment**     Last 4 digits of account number _____

| 2.2 | **Bank of America**<br>Creditor's Name | Describe the property that secures the claim:<br>**201 Chain Bridge Rd. Mc Lean, VA 22101  Arlington County** | **$9,330,000.00** | **$9,000,000.00** | **$414,230.00** |

**99 Founders Plaza**
**E Hartford, CT 06108**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

|  |  |  |
|---|---|---|
| **Mortgage on 201 Chain Bridge Rd.** | | |
| **Date debt was incurred** | **Last 4 digits of account number** | _____ |

| 2.3 | **Bank of America** | Describe the property that secures the claim: | $4,800,000.00 | $9,000,000.00 | $4,800,000.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**201 Chain Bridge Rd. Mc Lean, VA 22101  Arlington County**

**PO Box 21846**
**Greensboro, NC 27410**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

|  |  |  |
|---|---|---|
| **HELOC on 201 Chain Bridge Rd** | | |
| **Date debt was incurred** | **Last 4 digits of account number** | _____ |

| 2.4 | **Capital One** | Describe the property that secures the claim: | $650,000.00 | $799,810.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**6039 Deer Ridge Trail Springfield, VA 22150**

**PO Box 21887**
**Eagan, MN 55121**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

|  |  |  |
|---|---|---|
| **Mortgage on Deer Ridge** | | |
| **Date debt was incurred** | **Last 4 digits of account number** | _____ |

| 2.5 | **County of Arlington** | Describe the property that secures the claim: | $84,230.00 | $9,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**201 Chain Bridge Rd. Mc Lean, VA 22101  Arlington County**

**2100 Clarendon Blvd #201**
**Arlington, VA 22201**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☐ Debtor 1 and Debtor 2 only                    ■ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another        ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a               ☐ Other (including a right to offset) _____
    community debt

Date debt was incurred    **Real property tax on 201 Chain Bridge Rd**    Last 4 digits of account number _____

---

| 2.6 | **Fairfax County Tax Admin** | | $20,649.00 | $799,810.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**12000 Government Center Pkwy Suite 223 Fairfax, VA 22035-0076**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**6039 Deer Ridge Trail Springfield, VA 22150**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **Real property tax on Deer Ridge**    Last 4 digits of account number _____

---

| 2.7 | **Judith Wasserman** | | $2,015,000.00 | $9,000,000.00 | $2,015,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**C/O Gray Reed & McGraw/Kyle Sanders 1300 Post Oak Blvd Houston, TX 77056**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**201 Chain Bridge Rd. Mc Lean, VA 22101  Arlington County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **Judgment**    Last 4 digits of account number _____

---

| 2.8 | **Restoration Capital** | | $330,000.00 | $450,260.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**42637 Bradfords Telegraph Ct Chantilly, VA 20152**

Describe the property that secures the claim:

**5227 Ballycastle Cir. Alexandria, VA**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Mortgage on Ballycastle**    Last 4 digits of account number _____

---

| 2.9 | **Saul Subsidiary I, LLC** | Describe the property that secures the claim: | $1,003,819.00 | $9,000,000.00 | $1,003,819.00 |

Creditor's Name

**Saul Centers**
**7501 Wisconsin Ave #1500E**
**Bethesda, MD 20814**

Number, Street, City, State & Zip Code

**201 Chain Bridge Rd. Mc Lean, VA 22101  Arlington County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Judgment**    Last 4 digits of account number _____

---

| 2.10 | **Virginia Dept of Taxation** | Describe the property that secures the claim: | $51,070.00 | $9,000,000.00 | $51,070.00 |

Creditor's Name

**PO Box 2156**
**Richmond, VA 23218-1115**

Number, Street, City, State & Zip Code

**201 Chain Bridge Rd. Mc Lean, VA 22101  Arlington County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2010 income tax lien**    Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$18,292,834.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  **$18,292,834.00**

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name Address

**Gordon P Peyton**
**Redmon Peyton & Braswell, LLP**
**510 King St., Ste 301**
**Alexandria, VA 22314**

**On which line in Part 1 did you enter the creditor?**    2.2

**Last 4 digits of account number**

☐ Name Address

**Schlee & Stillman**
**9712 Belair Rd Ste 203**
**Nottingham, MD 21236**

**On which line in Part 1 did you enter the creditor?**    2.1

**Last 4 digits of account number**

☐ Name Address

**Shulman Rogers Gandal Pordy & Ecker**
**Matthew Moore**
**12505 Park Potomac Ave**
**Potomac, MD 20854-6801**

**On which line in Part 1 did you enter the creditor?**    2.9

**Last 4 digits of account number**

☐ Name Address

**TACS**
**PO Box 31800**
**Henrico, VA 23294**

**On which line in Part 1 did you enter the creditor?**    2.6

**Last 4 digits of account number**

| | | |
|---|---|---|
| Debtor 1 | **Rodney Paul Hunt** | |
| | First Name | Middle Name | Last Name |

| | | | |
|---|---|---|---|
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number **15-13962-RGM**
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Barbara Fears** | Last 4 digits of account number ___ ___ ___ ___ | $19,500.00 | $19,500.00 | $0.00 |

Priority Creditor's Name

**1460 Distribution Dr Apt 5201**
**Suwanee, GA 30024**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of PRIORITY unsecured claim:**

☑ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**child support**

---

**2.2** | **Internal Revenue Service** | | **$133,804.0** | | |
Priority Creditor's Name | Last 4 digits of account number | | **0** | **$133,804.00** | **$0.00**

**P.O. Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify

**2012 taxes**

---

**2.3** | **Internal Revenue Service** | | **$684,831.0** | | |
Priority Creditor's Name | Last 4 digits of account number | | **0** | **$684,831.00** | **$0.00**

**P.O. Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2014 taxes**

---

**2.4** | **Internal Revenue Service** | | | | |
Priority Creditor's Name | Last 4 digits of account number | | **$79,966.00** | **$79,966.00** | **$0.00**

**P.O. Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zlp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2011 taxes (8/15 assessment)**

---

| 2.5 | **Paula Schulz** | Last 4 digits of account number _____ | **$15,900.00** | **$15,900.00** | **$0.00** |

Priority Creditor's Name

**60399 Deer Ridge Trail**
**Springfield, VA 22150**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

■ Domestic support obligations

**Is the claim subject to offset?**

□ Taxes and certain other debts you owe the government

■ No

□ Claims for death or personal injury while you were intoxicated

□ Yes

□ Other. Specify _____

Child support

---

| 2.6 | **Virginia Dept of Taxation** | Last 4 digits of account number _____ | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name

**PO Box 2156**
**Richmond, VA 23218-1115**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

□ Claims for death or personal injury while you were intoxicated

□ Yes

□ Other. Specify _____

2011-12 taxes per federal adjustment

---

| 2.7 | **Virginia Dept of Taxation** | Last 4 digits of account number _____ | **$103,419.00** | **$103,419.00** | **$0.00** |

Priority Creditor's Name

**PO Box 2156**
**Richmond, VA 23218-1115**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

□ Claims for death or personal injury while you were intoxicated

□ Yes

□ Other. Specify _____

2014 taxes

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.    **Do any creditors have nonpriority unsecured claims against you?**

□ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **Air Control** | Last 4 digits of account number _____ | **$1,048.00** |

Nonpriority Creditor's Name
**1774 Westwind Way**
**McLean, VA 22102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Maintenance**

| 4.2 | **AT&T Wireless** | Last 4 digits of account number _____ | **$1,615.00** |

Nonpriority Creditor's Name
**7277 164th Ave., NE ,Building 1**
**Redmond, WA 98052**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **On credit report (2 entries)**

| 4.3 | **AT&T Wireless** | Last 4 digits of account number _____ | **$2,394.00** |

Nonpriority Creditor's Name
**7277 164th Ave., NE ,Building 1**
**Redmond, WA 98052**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **on credit report**

| 4.4 | **AT&T Wireless** | Last 4 digits of account number _____ | **$3,424.00** |

Nonpriority Creditor's Name

**7277 164th Ave., NE ,Building 1**
**Redmond, WA 98052**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **cable/cell on credit report**

---

| 4.5 | **Bank of America** | Last 4 digits of account number **47xx** | **$297,722.00** |

Nonpriority Creditor's Name

**PO Box 982235**
**El Paso, TX 79998-2235**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit card**

---

| 4.6 | **Commonwealth Elevator** | Last 4 digits of account number _____ | **$892.50** |

Nonpriority Creditor's Name

**5605B General Washington Dr**
**Alexandria, VA 22312**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Maintenance**

| 4.7 | **District Of Columbia** | Last 4 digits of account number _____ | $2,934.00 |

Nonpriority Creditor's Name

**Traffic Adjudication**
**PO Box 2014**
**Washington, DC 20013**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **On credit report**

| 4.8 | **Drohan Tocchio & Morgan** | Last 4 digits of account number _____ | $9,853.22 |

Nonpriority Creditor's Name

**175 Derby St Ste 30**
**Hingham, MA 02043**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **legal**

| 4.9 | **Evans Law Group** | Last 4 digits of account number _____ | $85,000.00 |

Nonpriority Creditor's Name

**901 S Mopac Bldg 1**
**Austin, TX 78746**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **legal**

| 4.10 | **Exotic Diamonds** | Last 4 digits of account number _____ | **$250,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**5757 Westheimer Rd #120**
**Houston, TX 77057**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business dispute**

---

| 4.11 | **Fairfax County Tax Administration** | Last 4 digits of account number _____ | **$16,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**12000 Government Center Pkwy**
**Suite 223**
**Fairfax, VA 22035-0076**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal Property tax**

---

| 4.12 | **Georgia Dept Of Revenue** | Last 4 digits of account number _____ | **$878.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1800 Century Blvd NE**
**Atlanta, GA 30345**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **State tax on credit report**

| 4.13 | **Harris County Texas** | Last 4 digits of account number ____ ____ ____ ____ | $22,739.00 |

Nonpriority Creditor's Name

**C/O Linebarger Goggan Blair & Sampson**
**PO Box 3064**
**Houston, TX 77253**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **tax**

---

| 4.14 | **Hiscock & Barclay** | Last 4 digits of account number ____ ____ ____ ____ | $8,061.00 |

Nonpriority Creditor's Name

**300 S State St**
**Syracuse, NY 13202**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **legal**

---

| 4.15 | **Hybrid Roofing** | Last 4 digits of account number ____ ____ ____ ____ | $3,027.00 |

Nonpriority Creditor's Name

**8108 Exodus Dr**
**Gaithersburg, MD 20882**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Maintenance**

| 4.16 | **Jerald Greenspan** | Last 4 digits of account number _____ | $525,000.00 |

Nonpriority Creditor's Name
**11508 Cushman Rd**
**Rockville, MD 20852**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **LLC guarantee**

| 4.17 | **John Feola MD** | Last 4 digits of account number _____ | $30,000.00 |

Nonpriority Creditor's Name
**6400 Arlington Blvd #940**
**Falls Church, VA 22042**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical**

| 4.18 | **Johnny Dang** | Last 4 digits of account number _____ | $245,000.00 |

Nonpriority Creditor's Name
**C/O Degrasse & Rolnick**
**1800 Bering Ste 100**
**Houston, TX 77057**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Judgment**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| 4.19 | **Kelly Byrnes & Danker** | | Last 4 digits of account number _____ | | $4,319.81 |

Nonpriority Creditor's Name

**3975 Fair Ridge Dr #275N**
**Fairfax, VA 22033**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **legal**

---

| 4.20 | **Key Concierge** | | Last 4 digits of account number _____ | | $1,200.00 |

Nonpriority Creditor's Name

**2214 Dockside Ct**
**Lake Ridge, VA 22192**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Services**

---

| 4.21 | **Lodmell & Lodmell** | | Last 4 digits of account number _____ | | $15,665.00 |

Nonpriority Creditor's Name

**1631 E Cherry Lynn Rd**
**Phoenix, AZ 85016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **legal**

| 4.22 | **McLean Pool** | Last 4 digits of account number | $576.36 |

Nonpriority Creditor's Name
**6818 Tennyson Dr**
**McLean, VA 22101**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Maintenance**

---

| 4.23 | **Millennium Pool Service** | Last 4 digits of account number | $3,025.75 |

Nonpriority Creditor's Name
**8927 Lake Braddock Dr**
**Burke, VA 22015**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Maintenance**

---

| 4.24 | **North Carolina Department Of Revenue** | Last 4 digits of account number | $2,903.00 |

Nonpriority Creditor's Name
**PO Box 25000**
**Raleigh, NC 27640**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **2010 income tax**

| 4.25 | **Ohio Department Of Taxation** | | Last 4 digits of account number _____ | **$49,273.00** |

Nonpriority Creditor's Name
**4681 Winterset Dr**
**Columbus, OH 43220**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **2007-08 taxes**

---

| 4.26 | **Ourstage Inc** | | Last 4 digits of account number _____ | **$825,000.00** |

Nonpriority Creditor's Name
**C/O Bennett & Belfort**
**24 Thorndike St Ste 300**
**Cambridge, MA 02141**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

| 4.27 | **Prince George's County MD** | | Last 4 digits of account number _____ | **$100,864.00** |

Nonpriority Creditor's Name
**C/O Carl Harris & Assoc**
**PO Box 1168**
**Upper Marlboro, MD 20773**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal property tax (alleged personal liability)**

| 4.28 | **Progressive Insurance** | Last 4 digits of account number _____ | $32,998.57 |

Nonpriority Creditor's Name

**AFNI**
**1310 MLK Drive**
**Bloomington, IL 61702**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **insurance**

---

| 4.29 | **Robert Roseman** | Last 4 digits of account number _____ | $180,332.88 |

Nonpriority Creditor's Name

**9720 Beman Woods Way**
**Potomac, MD 20854**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **legal**

---

| 4.30 | **Robinson's HVAC** | Last 4 digits of account number _____ | $3,000.00 |

Nonpriority Creditor's Name

**671 Southlawn La Ste C**
**Rockville, MD 20850**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Maintenance**

| 4.31 | **Roth Doner & Jackson** | Last 4 digits of account number _____ | $35,198.84 |

Nonpriority Creditor's Name
**8200 Greensboro Dr #820**
**McLean, VA 22102**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **legal**

---

| 4.32 | **Solstas Lab Partners** | Last 4 digits of account number _____ | $100.00 |

Nonpriority Creditor's Name
**PO Box 71085**
**Charlotte, NC 28272**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical**

---

| 4.33 | **Sprint** | Last 4 digits of account number _____ | $4,790.00 |

Nonpriority Creditor's Name
**6391 Sprint Parkway**
**Overland Park, KS 66251-6100**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Student loans

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Cable/cell (on credit report)**

---

| 4.34 | **St Joseph Med Ctr** | Last 4 digits of account number | | $247.00 |

Nonpriority Creditor's Name

**7601 Osler Dr,**
**Towson, MD 21204**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

- ☐ At least one of the debtors and another
- ☐ Student loans
- ☐ **Check if this claim is for a  community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify    **medical**

---

| 4.35 | **T-Mobile** | Last 4 digits of account number | | $3,478.00 |

Nonpriority Creditor's Name

**2365 Northside Dr #300**
**San Diego, CA 92108**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

- ☐ At least one of the debtors and another
- ☐ Student loans
- ☐ **Check if this claim is for a  community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify    **Cellular**

---

| 4.36 | **Time Warner Cable** | Last 4 digits of account number | | $2,509.00 |

Nonpriority Creditor's Name

**13820 Sunrise Valley Dr**
**Herndon, VA 20171**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ■ Disputed
- ☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

- ☐ At least one of the debtors and another
- ☐ Student loans
- ☐ **Check if this claim is for a  community debt**
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify

| 4.37 | **Vicky Stovall** | | Last 4 digits of account number ___ ___ ___ ___ | | **$1,600,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**C/O Carlson Law Firm/Todd Kelly**
**11606 N 111-35**
**Austin, TX 78753**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **personal injury**

---

| 4.38 | **West Va State Tax Dept** | | Last 4 digits of account number ___ ___ ___ ___ | | **$3,702.69** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 229**
**Charleston, SC 25321**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **2008 tax**

---

| 4.39 | **Womble Carlyle & Sandridge** | | Last 4 digits of account number ___ ___ ___ ___ | | **$3,731.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**8065 Leesburg Pike 4th Fl**
**Tysons Corner, VA 22182**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **legal**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**AFNI, Inc,**
**PO Box 3097**
**Bloomington, IL 61702**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Alan Fischler, LLC**<br>**4520 East West Hwy Ste 700**<br>**Bethesda, MD 20814** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **American Medical Collection**<br>**Agency**<br>**4 Westchester Plaza**<br>**Elmsford, NY 10523** | Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Client Services Inc**<br>**3451 Harry S Truman Blvd**<br>**Saint Charles, MO 63301-4047** | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Commonwealth Finance**<br>**245 Main St**<br>**Scranton, PA 18519** | Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Enhanced Recovery Co LLC**<br>**PO Box 57610**<br>**Jacksonville, FL 32256-7547** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Enhanced Recovery Co LLC**<br>**PO Box 57547**<br>**Jacksonville, FL 32256-7547** | Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **EOS CCA**<br>**PO Box 981025**<br>**Boston, MA 02298** | Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **EOS CCA**<br>**PO Box 981025**<br>**Boston, MA 02298** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nationwide Corporation**<br>**5503 Cherokee Ave**<br>**Alexandria, VA 22312-2307** | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Professional Account Mgt**<br>**633 W Wisconsin Ave**<br>**Milwaukee, WI 53203-1918** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Treasurer Of Virginia**<br>**PO Box 570**<br>**Richmond, VA 23218** | Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Va DCSE**<br>**2342 Plank Rd** | Line **2.5** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Rodney Paul Hunt | Case number (if know) | 15-13962-RGM |
|---|---|---|---|

Fredericksburg, VA 22401

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Va DCSE**<br>**2342 Plank Rd**<br>**Fredericksburg, VA 22401** | Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 35,400.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 1,002,020.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 1,037,420.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 4,378,502.62 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 4,378,502.62 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rodney Paul Hunt** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 15-13962-RGM |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **A-Prime Self Storage**<br>**1618 E Texas Hwy 71 Bypass**<br>**LaGranger, TX 78945** | **Storage unit lease** |

Debtor 1 **Rodney Paul Hunt**
First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)
First Name      Middle Name      Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number **15-13962-RGM**
(if known)

☐ Check if this is an
amended filing

# Official Form 106H
# Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number   Street<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number   Street<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Rodney Paul Hunt** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | **15-13962-RGM** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: ___ | 5h.+ | $ 0.00 | + $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ N/A

8b. **Interest and dividends**   8b.   $ 0.00   $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ N/A

8d. **Unemployment compensation**   8d.   $ 0.00   $ N/A

8e. **Social Security**   8e.   $ 0.00   $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: ___   8f.   $ 0.00   $ N/A

8g. **Pension or retirement income**   8g.   $ 0.00   $ N/A

8h. **Other monthly income.** Specify: ___   8h.+   $ 0.00   + $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 0.00   + $ N/A = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: ___   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 0.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:   **Debtor expects to begin receiving income from business/consulting, from investments that have not been paying him, and from rent.**

Fill in this information to identify your case:

Debtor 1    **Rodney Paul Hunt**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number   **15-13962-RGM**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
    13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

**1. Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

**2. Do you have dependents?**   ■ No

Do not list Debtor 1    ☐ Yes.   Fill out this information for
and Debtor 2.                each dependent..............

Do not state the
dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 39,000.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 12,500.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 5,854.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 2,500.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| 6. | **Utilities:** | | |
|---|---|---|---|
| | 6a.  Electricity, heat, natural gas | 6a. $ | 2,600.00 |
| | 6b.  Water, sewer, garbage collection | 6b. $ | 675.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 750.00 |
| | 6d.  Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,000.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. $ | 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 0.00 |
| | 15b.  Health insurance | 15b. $ | 350.00 |
| | 15c.  Vehicle insurance | 15c. $ | 0.00 |
| | 15d.  Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: | 17c. $ | 0.00 |
| | 17d.  Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. $ | 13,200.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. $ | 3,000.00 |
| | 20b.  Real estate taxes | 20b. $ | 1,500.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 800.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 150.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**

| 22a.  Add lines 4 through 21. | $ | 84,629.00 |
|---|---|---|
| 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c.  Add line 22a and 22b.  The result is your monthly expenses. | $ | 84,629.00 |

23. **Calculate your monthly net income.**

| 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 0.00 |
|---|---|---|
| 23b.  Copy your monthly expenses from line 22c above. | 23b. -$ | 84,629.00 |
| 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -84,629.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.        | Explain here: |

Debtor 1      **Rodney Paul Hunt**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA
_____

Case number    **15-13962-RGM**
(if known)     _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules       12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Rodney Paul Hunt**
_____
**Rodney Paul Hunt**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **December 15, 2015**
_____

Date _____

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Rodney Paul Hunt** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number 15-13962-RGM
(if known)

☐ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1.  What is your current marital status?**

☐ Married
■ Not married

**2.  During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2014 )** | ☐ Wages, commissions, bonuses, tips | **$227,448.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| | ☐ Wages, commissions, bonuses, tips | **$3,163,573.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2013 )** | ☐ Wages, commissions, bonuses, tips | **$282,367.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐    No

■    Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below.. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Interest / Dividends** | **$900,000.00** | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2014 )** | **Interest / Dividends** | **$7,035.00** | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2013 )** | **Interest / Dividends** | **$42,452.00** | | |
| | **Capital gains** | **$146,011.00** | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

■    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.

■    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **See attached** | | **$0.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Saul Subsidiary I, LLC**<br>**Saul Centers**<br>**7501 Wisconsin Ave #1500E**<br>**Bethesda, MD 20814** | **10/29/15** | **$100,000.00** | **$1,000,000.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Judgment** |
| **Judith Wasserman**<br>**C/O Gray Reed & McGraw/Kyle**<br>**Sanders**<br>**1300 Post Oak Blvd**<br>**Houston, TX 77056** | **10/29/15** | **$75,000.00** | **$2,000,000.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Judgment** |
| **Johnny Dang**<br>**C/O Degrasse & Rolnick**<br>**1800 Bering Ste 100**<br>**Houston, TX 77057** | **10/29/15** | **$30,000.00** | **$245,000.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other___ |
| **Capital One**<br>**P.O. Box 85167**<br>**Richmond, VA 23285** | **10/29/15** | **$8,500.00** | **$650,000.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Kingstowme Residential Owners Corp**<br>**C/O Rees Broome**<br>**1900 Gallows Rd Ste 700**<br>**Tysons Corner, VA 22182** | **10/29/15** | **$1,910.70** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **HOA** |
| **County of Fairfax**<br>**Fairfax, VA 22035-0201** | **10/29/15** | **$9,047.27** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Taxes** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   | --- | --- | --- | --- | --- |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   | --- | --- | --- | --- | --- |
   | **Summerfield at Snow Hill Community Partn** | 12/19/14 | $20,000.00 | $0.00 | **Cohen Baldinger & Greenfeld: bankruptcy legal services for entity.** |

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
| --- | --- |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
   | --- | --- | --- | --- |
   | **DCSE/Fears v Hunt**<br>JA050228-02-05 | **Child support enforcement** | **Prince William JDR** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | **Schulz v Hunt**<br>JA402186-02-00 | **Child support** | **Fairfax JDR** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | **Ourstage, Inc. v Real Hip Hop Network Broadcast Corp** | **Contract** | **Suffolk County Superior Court, Mass.** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | **Drohan Tocchio & Morgan v Real Hip Hop** | **Collection** | **Massachusetts District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | **Greenspan v Rapid Funding**<br>AP 15-00202 | | **US Bankruptcy Court, D Md.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Bahena v Summerfield at Snow Hill**<br>**23C14000773** | **Foreclosure/secur**<br>**ed status** | **Worcester County Circuit**<br>**Court (MD)** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **PG County v Ramp Group, LLC**<br>**CAL14-25818** | **Unknown**<br>**(Contract?)** | **Prince George's MD Circuit**<br>**Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Judgment appears to have**<br>**been entered post-petition** |
| **Chambers v Hunt**<br>**1:14-cv-00628-SCJ** | **Contract** | **US District Court, ND Ga** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the<br>property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600<br>per person<br><br>Person to Whom You Gave the Gift and<br>Address: | Describe the gifts | Dates you gave<br>the gifts | Value |
|---|---|---|---|
| **Barbara Fears**<br>**1460 Distribution Dr Apt 5201**<br>**Suwanee, GA 30024** | **Gift for child** | | **$4,000.00** |

Person's relationship to you: **Mother of child**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Gifts with a total value of more than $600 per person<br><br>**Person to Whom You Gave the Gift and Address:** | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Paula Schulz**<br>**60399 Deer Ridge Trail**<br>**Springfield, VA 22150**<br><br>Person's relationship to you: **Mother of child** | **Gift for child** | | **$7,000.00** |
| **Lamar Gayles**<br><br>Person's relationship to you: **former business associate** | | | **$5,000.00** |
| **Lacey Hicks**<br><br>Person's relationship to you: **former employee** | | | **$1,000.00** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**

☐  No
■  Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>**Charity's Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Purple Heart** | **Clothing and shoes** | | **$3,500.00** |
| **Church** | | | **$900.00** |

**Part 6:**    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■  No
☐  Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐  No
■  Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Gary Jenkins** | | **10/1/15** | **$2,500.00** |
| **Legal Shield** | | **11/9/15** | **$38.00** |
| **Allen Credit & Debt Counseling Agency** | | **11/9/15** | **$20.00** |
| **Chung & Press PC**<br>**6718 Whittier Ave. Ste. 200**<br>**McLean, VA 22101** | Deposit to trust account. | **11/9/15** | **$20,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **See attached** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ **No**
■ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Metropolitan Life Insurance** | **XXXX-95UM** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Life insurance** | **2015** | **$40,000.00** |
| **Metropolitan Life Insurance** | **XXXX-80UM** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Life insurance** | **2015** | **$50,000.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **A-Prime Self Storage<br>1618 E Texas Hwy 71 Bypass<br>LaGrange, TX 78945** | | **Artworks.  Now being shipped to Debtor** | ■ **No**<br>☐ **Yes** |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes.  Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **John Adams** | **201 Chain Bridge Rd** | **1966 Chevy Chevelle** | **Unknown** |

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **SEE ATTACHED** | | EIN:<br><br>From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
■ **Yes. Fill in the details below.**

| **Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Date Issued** |
|---|---|
| **See attached** | |

---

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Rodney Paul Hunt**
**Rodney Paul Hunt**                                          Signature of Debtor 2
**Signature of Debtor 1**

Date    **December 15, 2015**                               Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☐ No
■ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

SOFA #6

| Date | Payee | Amount | Address |
|------|-------|--------|---------|
| 8/10/2015 | Jayquan Brown | 700.00 | 2010 Channing St., NE, Washington, DC 20018 |
| 9/9/2010 | Jayquan Brown | 2,200.00 | 2010 Channing St., NE, Washington, DC 20018 |
| 9/22/2015 | Jayquan Brown | 1,500.00 | 2010 Channing St., NE, Washington, DC 20018 |
| 9/22/2015 | Ron Hiss, Esq | 5,500.00 | |
| 10/2/2015 | Jayquan Brown | 2,600.00 | 2010 Channing St., NE, Washington, DC 20018 |
| 10/22/2015 | Jayquan Brown | 1,030.00 | 2010 Channing St., NE, Washington, DC 20018 |
| 10/23/2015 | Shelly Collette, Esq | 1,000.00 | |
| 11/4/2015 | Shelly Collette, Esq | 2,000.00 | |
| | | | |
| | | | |
| | | | |
| | | | |

**RODNEY P HUNT**
**SALE, TRADE, GIFT, RE-FINANCE LAST 2 YEARS**

| DATE OF TRANSACTION | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 10/29/2015 | New loan Ballycastle Property to pay debt | $330,000 | *Included $18,150 loan fee and |
| 4/25/2015 | Luxury Vintage Concept - sale of trunks | $15,000 | $19,200 interest prepayment. |
| 6/17/2015 | Luxury Vintage Concept - sale of trunks | $8,750 | |
| 10/25/2014 | Penny Pincher Coins - sold one coin | $3,300 | |
| 8/15/2014 | Piano sale | $20,000 | |
| 8/20/2014 | UBS-Sold UBS Carlyle Realty Partners LP | $172,767 | |
| 5/5/2014 | Sold partnership interest in EES LLC | $300,000 | |
| 12/17/14,3/15/15,10/28/15 | Distributions from 529 College Savings Fund | $139,034 | |
| 4/1/2015 | Jewelry - bracelet sold in NY | 3000 | |
| 2014 | Jewelry sales to Tysons Diamond and Watch | | |
| | | | |

**Rodney Hunt**
**Companies with 5% or more Ownership in Last 4 Years**

| Entity | Contact | Contact Info | Ownership Interest | Dates of Operation |
|---|---|---|---|---|
| Citalis | Vitalis Onu | vitalis49@gmail.com; 5601 Westheimer Rd., Suite 8075, Houston, TX 77056 | 30% | |
| Currency Clothing | Johnny Dang | 5015 Westheimer Rd., Houston, TX 77056 | 50% | |
| Johnny Dang & Co. | Johnny Dang | 253 Sharks Town Ctr, Houston, TX 77036 | | |
| Exotic Diamonds | Emit Kotak | 5757 Westheimer Rd., Suite 120, Houston, TX 77056 | 5% | |
| Gibby Talent Agency | Tony Draper | Tony - 713-418-0521 | 90% | |
| Hunt & Greer Motor Cars | Leroy Greer | lgreer066@hotmail.com | 30% | |
| Mash Mode | Carl Moore | 2525 West Loop South, Houston, TX 77027 | 90% | |
| Nu Money Records | Gregory Hunter | 281-543-0452 | 49% | |
| Onyx Nineveh | John Wilson | johnonyxfilms@att.net | 30% | |
| NP Gregorys | Jon Harris | 4887 Alpha Rd., #205, Dallas, TX 75244 | 9% | |
| TX Gregorys LV | Jon Harris | 4887 Alpha Rd., #205, Dallas, TX 75244 | 9% | |
| Hunt and Harris Apparel | Jon Harris | 4887 Alpha Rd., #205, Dallas, TX 75244 | 50% | |
| Mamas Direct | Jim Wheeler | jim@mamasdirect.com; 229 N Sherman Ave, Corona, CA 92882 | 25% | |
| Artist Representation Group | Johnny Gallo | jg@argroup.tv | 50% | |
| Boss Life | Peter Torres | | 50% | |
| Houston Locks/Security | Pat Crespil | 10218F Westheimer R., Houston TX 77042 | 25% | |
| Indy Way | Tony Draper | 71draper@gmail.com | 20% | |
| Waste Energy | Ron Hernandez | ron@wastetoenerycorp.com | 25% | |
| Saigon Star | Crystal Thong | 10450 Friars Rd. San Diego, CA 92120 | 10% | |
| Style Like You | Tim Mandelbaum | c/o Fox Rothschild, 100 Park Ave, New York, NY 10017 | 16% | |
| T & P Enterprises | Phil Hurley | philiphurley1968@yahoo.com | 35% | |
| U Rock Couture | Emit Kotak | 5757 Westheimer Rd., Suite 120, Houston, TX 77056 | 50% | |

| | | | |
|---|---|---|---|
| Insta Foods Int'l | Darris Love | dlove@instafoodsintl.com | |
| Real Hip Hop Network | Atonn Muhammad | 1455 Pennsylvania Ave, NW, #400, Washington, DC 20004 | 10% |
| Custom by Lamar | Lamar Gayles | 1332 W Madison St, Chicago, IL 60607 | 30% |
| Union OSG | Deborah Morales | 970 Knox Ave, Unit D, Torrance, CA 90502 | 13% |
| | | | |

**Companies No Longer in Existence**

| | | | |
|---|---|---|---|
| RHRT Holdings, Inc. | Ron Trowbridge | c/o BDO, 8405 Greensboro Dr., 7th Fl, McLean, VA 22102 | 72% 2008-2015 |
| Assurance Biosciences, Inc | Christopher Ozburn | 900 S Capital of Texas Hwy, Austin, TX 78746 | 2009-2013 |
| 1530 Barton Springs | Rick Engel | 1710 Evergreen Ave, Austin, TX 78704 | 10% 2010-2012 |
| Rae LTRG LLC | Rick Engel | 1710 Evergreen Ave, Austin, TX 78704 | 40% 2009-2015 |
| Summerfield at Snow Hill Com PS | Rick Cantor | 4938 Hampden Lane, Bethesda, MD 20814 | 90% 2009-2015 |
| Cypress Gardens | John Hamilton | | 2009-2013 |
| Paggi Acquisition | Jeff Blatt | 323 Congress Ave. #200, Austin, TX 78701 | 11% 2008-2012 |
| My Music Box | Mike Valdez | mike@mimuzicbox.com | 2008-2011 |
| Kerry Carter-Boxers | Kerry Carter | amajorsaffair@yahoo.com | 2008-2011 |

**RODNEY P HUNT**

**PERSONAL FINANCIAL STATEMENTS**

| RECIPIENTS | |
|---|---|
| Barbara Fears - Discovery in Child Support Case | |
| Davrashawn Johnson - investment broker | |
| Lola Slayton-investment broker | |
| Steven Weiss - investment broker | |
| Bank of America - lender on primary residence | |
| Restoration Capital - lender on Ballycastle residence | |
| Capital One Bank - lender on Deer Ridge residence | |
| Bank of England - potential lender | |
| | |
| | |
| | |

Fill in this information to identify your case:

Debtor 1    **Rodney Paul Hunt**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Virginia

Case number   **15-13962-RGM**
(if known)

☐ Check if this is an amended filing

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income

12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ■ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|   |   | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | | |
| Ordinary and necessary operating expenses | $ 0.00 | | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | **Copy here ->** | $ 0.00 | $ | |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | | |
| Net monthly income from rental or other real property | $ 0.00 | **Copy here ->** | $ 0.00 | $ | |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| For your spouse | $ |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ 0.00      $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

|  |  |  |
|---|---|---|
|  | $ | $ |
|  | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.**

Add lines 2 through 10 for each column.

Then add the total for Column A to the total for Column B.

$ 0.00   + $ _____  = $ 0.00

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

| **Part 2:** | **Sign Below** |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Rodney Paul Hunt**

**Rodney Paul Hunt**
Signature of Debtor 1

Date **December 15, 2015**
MM / DD / YYYY

---