# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RODNEY PAUL HUNT ) | Case No. 15-13962-BFK |
| ) | Chapter 7 |
| Debtors ) | |
| ) | |
| ) | |

## NOTICE OF TRUSTEE'S INTENT TO PAY DEBTOR'S
## HOMESTEAD EXEMPTION IN YUROZ ARTWORKS

PLEASE TAKE NOTICE THAT Janet M. Meiburger, the Trustee for the estate of the Debtor in the above-named case, intends to pay the Debtor's exemption of $1.00 in the Yuroz artworks, as described below:

1.  The Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on November 10, 2015. On April 18, 2016, the case was converted to Chapter 7 (Docket No. 61). Janet M. Meiburger was appointed Trustee on April 18, 2016 (Docket No. 62).

2.  On December July 19, 2016, the Debtor filed a timely Homestead Deed in the land records Arlington County, Virginia, claiming $1.00 of his Yuroz artworks as exempt. On April 17, 2017, the Debtor filed the same Homestead Deed again in the Arlington County land records.

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel for Chapter 7 Trustee

3. On February 7, 2017, this Court entered an order approving the employment of Stephen Karbelk of Auction Markets, LLC as sales agent to sell numerous items of valuable personal property at the Debtor's residence, including the Yuroz artworksm (Docket No. 88).

4. As shown on the Report of Sale (Docket No. 98), the net proceeds from the sale of the Yuroz artworks were $70,000.00.

5. The Trustee hereby gives notice that she intends to pay the Debtor his exemption in the Yuroz artworks in the amount of $1.00.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you object to the Trustee's payment of the exemption, or if you want the Court to consider your views on this matter, you or your attorney **must**:

- **ON OR BEFORE FRIDAY, NOVEMBER 24, 2017,** file a written response with the United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22314. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

- Send a copy of any written response to the following person so that the response is **received** on or before Friday, November 24, 2017.

Janet M. Meiburger, Esq.
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101

**If no response is filed by the due date, the Trustee will submit an order to the Court authorizing the payment described herein.**

                                      Respectfully submitted,

                                      THE MEIBURGER LAW FIRM, P.C.

Dated: November 7, 2017        By:  /s/ Janet M. Meiburger
                                      Janet M. Meiburger, Esq., VSB No. 31842
                                      The Meiburger Law Firm, P.C.
                                      1493 Chain Bridge Road, Suite 201
                                      McLean, Virginia 22101
                                      (703) 556-7871
                                      Counsel to Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 7th day of November, 2017, a true and correct copy of the foregoing Notice of Trustee's Intent to Pay Debtor's Homestead Exemption in Yuroz Artworks will be served by ECF e-mail pursuant to the applicable Standing Order of the Court, and that a true and correct copy (without this certificate of service) will be served by BK Attorney Services, LLC d/b/a certificateofservice.com to the attached list.

/s/ Janet M. Meiburger<br>
Janet M. Meiburger

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 15-13962-BFK<br>Eastern District of Virginia<br>Alexandria<br>Mon Nov  6 15:48:45 EST 2017 | Auction Markets, LLC<br>2033 Medalist Drive<br>Ashburn, VA 20147 | Capital One N. A.<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| Commonwealth of Virginia, Dept. of Social Se<br>Bankruptcy Unit<br>2001 Maywill Street<br>Suite 200<br>Richmond, VA 23230-3236 | KINGSTOWNE RESIDENTIAL OWNERS CORPORATION<br>c/o Rees Broome, PC<br>1900 Gallows Road, Suite 700<br>Tyson's Corner, VA 22182-4098 | Prince georges county<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Ave., Suite 400<br>Riverdale Park, md 20737-1331 |
| Restoration Capital, LLC<br>c/o Stephen A. Metz, Esquire<br>Shulman Rogers Gandal Pordy & Ecker, PA<br>12505 Park Potomac Avenue<br>Sixth Floor<br>Potomac, MD 20854-6801 | Roth Doner Jackson, PLC<br>8200 Greensboro Drive<br>Suite 820<br>McLean, VA 22102-4925 | The Meiburger Law Firm, P.C.<br>1493 Chain Bridge Road Suite 201<br>McLean, VA 22207 US 22101-5726 |
| United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 | 8911 N. Capital of Texas Highway<br>Building 2, Suite 2105<br>Austin, TX 78759-7247 | A-Prime Self Storage<br>1618 E Texas Hwy 71 Bypass<br>LaGranger, TX 78945-4427 |
| AFNI, Inc,<br>PO Box 3097<br>Bloomington, IL 61702-3097 | AGW & Assoc.<br>5711-A Center Ln<br>Falls Church, VA 22041-3001 | AT&T Wireless<br>7277 164th Ave., NE ,Building 1<br>Redmond, WA 98052-7823 |
| Air Control<br>1774 Westwind Way<br>McLean, VA 22102-1608 | Alan Fischler, LLC<br>4520 East West Hwy Ste 700<br>Bethesda, MD 20814-6907 | American Express<br>PO Box 981537<br>El Paso, TX  79998-1537 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American Medical Collection Agency<br>4 Westchester Plaza<br>Elmsford, NY 10523-1615 | Arlington County Water<br>PO Box 1752<br>Merrifield, VA 22116-1752 |
| Bank of America<br>99 Founders Plaza<br>E Hartford, CT 06108-3292 | Bank of America<br>PO Box 21846<br>Greensboro, NC 27420-1846 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | Bank of America, N.A.<br>c/o Nikolaus F. Schandlbauer, Esq.<br>Ober, Kaler, Grimes & Shriver<br>1401 H Street, N.W., Suite 500<br>Washington, D.C 20005-2175 | Barbara Fears<br>1460 Distribution Dr Apt 5201<br>Suwanee, GA 30024-4391 |
| Barbara Fears<br>702 Villa Ridge Pkwy.<br>Lawrenceville, GA 30044-2315 | Capital One<br>PO Box 21887<br>Eagan, MN 55121-0887 | Capital One N.A.,<br>Payment Processing<br>P.O. Box 105385<br>Atl, GA 30348-5385 |

| | | |
|---|---|---|
| Client Services Inc<br>3451 Harry S Truman Blvd<br>Saint Charles, MO 63301-9816 | Commonwealth Elevator<br>5605B General Washington Dr<br>Alexandria, VA 22312-2403 | Commonwealth Finance<br>245 Main St<br>Scranton, PA 18519-1641 |
| Commonwealth of VA<br>Office of the Attorney General<br>DCSE - Bankruptcy Unit<br>2001 Maywill St. Ste. 200<br>Richmond, VA 23230-3236 | County of Arlington<br>2100 Clarendon Blvd #201<br>Arlington, VA 22201-5445 | District Of Columbia<br>Traffic Adjudication<br>PO Box 2014<br>Washington, DC 20013-2014 |
| (p)DOMINION VIRGINIA POWER<br>PO BOX 26666<br>18TH FLOOR<br>RICHMOND VA 23261-6666 | Drohan Tocchio & Morgan<br>175 Derby St Ste 30<br>Hingham, MA 02043-4055 | EOS CCA<br>PO Box 981025<br>Boston, MA 02298-1025 |
| Enhanced Recovery Co LLC<br>PO Box 57547<br>Jacksonville, FL 32241-7547 | Enhanced Recovery Co LLC<br>PO Box 57610<br>Jacksonville, FL 32241-7610 | Erie Insurance<br>100 Erie Insurance Place<br>Erie, PA 16530-9000 |
| Evans Law Group<br>901 S Mopac Bldg 1<br>Austin, TX 78746 | Evans Law Group<br>901 South Mopac Expressway, Suite 110<br>Austin, Texas 78746 | Exotic Diamonds<br>5757 Westheimer Rd #120<br>Houston, TX 77057-5721 |
| Fairfax County<br>Office of the County Attorney<br>12000 Govt. Center Parkway, Suite 549<br>Fairfax, VA 22035 | Fairfax County Tax Administration<br>12000 Government Center Pkwy<br>Suite 223<br>Fairfax, VA 22035-0076 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Gordon P Peyton<br>Redmon Peyton & Braswell, LLP<br>510 King St., Ste 301<br>Alexandria, VA 22314-3184 | Harris County Texas<br>C/O Linebarger Goggan Blair & Sampson<br>PO Box 3064<br>Houston, TX 77253-3064 | Hiscock & Barclay<br>300 S State St<br>Syracuse, NY 13202-2078 |
| Hybrid Roofing<br>8108 Exodus Dr<br>Gaithersburg, MD 20882-1112 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jerald B. Greenspan<br>C/O Alan B. Fischler, Esq.<br>Law Offices of Alan B. Fischler, LLC<br>4520 East-West Highway, Suite 700<br>Bethesda, MD 20814-6907 |
| Jerald Greenspan<br>11508 Cushman Rd<br>Rockville, MD 20852-3708 | John Feola MD<br>6400 Arlington Blvd #940<br>Falls Church, VA 22042-2336 | Johnny Dang<br>C/O Degrasse & Rolnick<br>1800 Bering Ste 100<br>Houston, TX 77057-3129 |
| Johnny Dang<br>Elliott Jay Marsden, Esquire<br>1 N. Charles Street, Suite 2300<br>Baltimore, MD 21201-3759 | Judith Wasserman<br>C/O Gray Reed & McGraw/Kyle Sanders<br>1300 Post Oak Blvd<br>Houston, TX 77056-3043 | Kelly Byrnes & Danker<br>3975 Fair Ridge Dr #275N<br>Fairfax, VA 22033-2923 |

| | | |
|---|---|---|
| Key Concierge<br>2214 Dockside Ct<br>Lake Ridge, VA 22192-2127 | Kingstowne Residential Owners<br>6090 Kingstowne Village Parkway<br>Alexandria, VA 22315-4624 | Kingstowne Residential Owners Corporation<br>c/o Rees Broome, PC<br>1900 Gallows Road, Suite 700<br>Tysons Corner, VA 22182-4098 |
| Lodmell & Lodmell<br>1631 E Cherry Lynn Rd<br>Phoenix, AZ 85016-7110 | McLean Pool<br>6818 Tennyson Dr<br>McLean, VA 22101-5719 | Michael & Son<br>5740 General Washington Drive<br>Alexandria, VA 22312-2407 |
| Millennium Pool Service<br>8927 Lake Braddock Dr<br>Burke, VA 22015-2130 | Nationwide Corporation<br>5503 Cherokee Ave<br>Alexandria, VA  22312-2307 | North Carolina Department Of Revenue<br>PO Box 25000<br>Raleigh, NC 27640-0100 |
| Office of the UST<br>115 South Union Street, RM 208<br>Alexandria, VA 22314-3317 | Ohio Department Of Taxation<br>4681 Winterset Dr<br>Columbus, OH 43220-8113 | Ohio Department of Tax<br>Ohio Atty General<br>Collections Enf, Bankruptcy Unit<br>150 E Gay St 21st Floor<br>Columbus OH 43215-3191 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ourstage Inc<br>C/O Bennett & Belfort<br>24 Thorndike St Ste 300<br>Cambridge, MA 02141-1882 | Paula Schulz<br>6039 Deer Ridge Trail<br>Springfield, VA 22150-1055 |
| Prince George's County MD<br>C/O Carl Harris & Assoc<br>PO Box 1168<br>Upper Marlboro, MD 20773-1168 | Prince George's County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, Maryland 20737-1331 | Professional Account Mgt<br>633 W Wisconsin Ave<br>Milwaukee, WI 53203-1920 |
| Progressive Insurance<br>AFNI<br>1310 MLK Drive<br>Bloomington, IL 61701-1465 | Progressive Northern Insurance Company<br>CL#144038981<br>PO Box 512929<br>Los Angeles, CA 90051-0929 | Restoration Capital<br>42637 Bradfords Telegraph Ct<br>Chantilly, VA 20152-6323 |
| Robert Roseman<br>9720 Beman Woods Way<br>Potomac, MD 20854-5457 | Robinson's HVAC<br>671 Southlawn La Ste C<br>Rockville, MD 20850-1484 | Roth Doner & Jackson<br>8200 Greensboro Dr #820<br>McLean, VA 22102-4925 |
| Saul Subsidiary I, LLC<br>Saul Centers<br>7501 Wisconsin Ave #1500E<br>Bethesda, MD 20814-6522 | Schlee & Stillman<br>9712 Belair Rd Ste 203<br>Nottingham, MD 21236-1112 | Shulman Rogers Gandal Pordy & Ecker<br>Matthew Moore<br>12505 Park Potomac Ave<br>Potomac, MD  20854-6801 |
| Solstas Lab Partners<br>PO Box 71085<br>Charlotte, NC 28272-1085 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | St Joseph Med Ctr<br>7601 Osler Dr,<br>Towson, MD 21204-7578 |

| | | |
|---|---|---|
| T-Mobile<br>2365 Northside Dr #300<br>San Diego, CA 92108-2709 | TACS<br>PO Box 31800<br>Henrico, VA 23294-1800 | Time Warner Cable<br>13820 Sunrise Valley Dr<br>Herndon, VA 20171-4659 |
| (p)DIVISION OF CHILD SUPPORT ENFORCEMENT<br>BANKRUPTCY UNIT<br>2001 MAYWILL STREET STE 200<br>RICHMOND VA 23230-3236 | U.S. Trustee<br>115 S Union Street Room 210<br>Alexandria, VA 22314-3361 | Va DCSE<br>2342 Plank Rd<br>Fredericksburg, VA 22401-4966 |
| Vicky Stovall<br>C/O Carlson Law Firm/Todd Kelly<br>11606 N 111-35<br>Austin, TX 78753 | Virginia Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218-2156 | Wells Fargo Bank, N.A.<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 |
| West Va State Tax Dept<br>PO Box 229<br>Charleston, SC 25321-0229 | West Virginia Department of Tax & Revenue<br>Bankruptcy Unit<br>P.O. Box 766<br>Charleston WV  25323-0766 | William D. Powers<br>8911 N. Capital of Texas Highway,<br>Building 2, Suite 2105<br>Austin, TX 78759-7200 |
| Womble Carlyle & Sandridge<br>8065 Leesburg Pike 4th Fl<br>Tysons Corner, VA 22182-2746 | Barry I. Strickland<br>Barry Strickland & Company<br>P. O. Box 9228<br>Richmond, VA 23227-0228 | Greenspan B. Jerald<br>c/o Law Offices of Alan B. Fischler, LLC<br>4520 East-West Hwy.<br>Suite 700<br>Bethesda, MD 20814-6907 |
| Janet M. Meiburger<br>The Meiburger Law Firm, P.C.<br>1493 Chain Bridge Road, Suite 201<br>McLean, VA 22101-5726 | Judith Wasserman<br>c/o Henry & O'Donnell, P.C.<br>Jeffery T. Martin, Jr.<br>300 N. Washington Street<br>Suite 204<br>Alexandria, VA 22314-2530 | Judy A. Robbins<br>Office of the U.S. Trustee - Region 4<br>115 South Union Street, Room 210<br>Alexandria, VA 22314-3361 |
| Rodney Paul Hunt<br>201 Chain Bridge Rd<br>McLean, VA 22101-1908 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX  79998-2235 | Dominion Virginia Power<br>PO Box 26666<br>Richmond, VA 23261-0000 | Georgia Dept Of Revenue<br>1800 Century Blvd NE<br>Atlanta, GA  30345 |
| Sprint<br>6391 Sprint Parkway<br>Overland Park, KS  66251-6100 | (d)Sprint Corp<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Treasurer Of Virginia<br>PO Box 570<br>Richmond, VA  23218 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)201 Chain Bridge LLC | (u)BANK OF AMERICA, N.A. | (u)Capital One, N.A. |
| (u)Commonwealth of Virginia Dept. of Taxation | (d)Capital One N. A.<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | (d)Barbara Fears<br>702 Villa Ridge Pkwy<br>Lawrenceville, GA 30044-2315 |
| (u)Vicky Stovall | End of Label Matrix<br>Mailable recipients   108<br>Bypassed recipients     7<br>Total                 115 | |