# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RODNEY PAUL HUNT ) | Case No. 15-13962-BFK |
| ) | Chapter 7 |
| Debtor ) | |

## ORDER APPROVING PAYMENT OF THE DEBTOR'S
## HOMESTEAD EXEMPTION IN YUROZ ARTWORKS

Upon consideration of the Notice of Trustee's Intent to Pay Debtor's Homestead Exemption in Yuroz Artworks (the "Notice") (Docket No. 168), filed on behalf of Janet M. Meiburger, the Chapter 7 Trustee in the above captioned case, and after notice to all parties entitled to notice, and no objections to the Notice having been filed, and the time to object having expired on November 24, 2017, it is hereby

ORDERED that the Trustee is authorized to pay the Debtor's exemption in the amount of $1.00 out of the proceeds of sale of the Yuroz artworks.

Date: Nov 29 2017                    /s/ Brian F. Kenney
                                     U.S. Bankruptcy Judge

Entered on Docket: 11/29/2017

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel for Chapter 7 Trustee

I ASK FOR THIS:
/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871

Local Rule 9022-1(C) Certification

I hereby certify that the foregoing [proposed] Order Approving Payment of the Debtor's Homestead Exemption in Yuroz Artworks has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL**

Rodney Paul Hunt
201 Chain Bridge Rd
McLean, VA 22101