UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re: HUNT, RODNEY PAUL | § | Case No. 15-13962-BFK |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 10, 2015. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        102,973.71

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 30,000.00 |
   | Administrative expenses | 42,521.11 |
   | Bank service fees | 934.73 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 1.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 29,516.87 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/24/2016 and the deadline for filing governmental claims was 08/24/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,398.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,398.64, for a total compensation of $8,398.64.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $4,137.30, for total expenses of $4,137.30.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/26/2018          By: /s/Janet M. Meiburger
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-13962-BFK  
**Case Name:** HUNT, RODNEY PAUL  

**Period Ending:** 02/26/18

**Trustee:** (660410) Janet M. Meiburger  
**Filed (f) or Converted (c):** 04/18/16 (c)  
**§341(a) Meeting Date:** 05/19/16  
**Claims Bar Date:** 08/24/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 201 Chain Bridge Rd., Me Lean, VA 22101-0000, Ar | 9,000,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 5227 Ballycastle Cir., Alexandria, VA, Alexandri | 450,260.00 | 120,259.00 | OA | 0.00 | FA |
| 3 | 6039 Deer Ridge Trail, Springfield, VA 22150-000 | 399,905.00 | 0.00 | | 0.00 | FA |
| 4 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Prepayment of interest: Restoration Capital. | 19,800.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings | 47,090.00 | 26,076.57 | | 26,076.57 | FA |
| 7 | Household electronics | 4,700.00 | 0.00 | | 0.00 | FA |
| 8 | Sports memorabilia | 5,000.00 | 0.00 | | 212.00 | FA |
| 9 | Swarovski crystal (30) | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Vases, decanters, small statues | 850.00 | 0.00 | | 0.00 | FA |
| 11 | Artworks - see attached | 394,200.00 | 90,491.31 | | 74,803.31 | FA |
| 12 | Misc. books | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | Wearing apparel | 10,150.00 | 0.00 | | 0.00 | FA |
| 14 | Suitcases, briefcases (20) | 5,000.00 | 0.00 | | 0.00 | FA |
| 15 | Yellow diamond ring | 7,000.00 | 0.00 | | 0.00 | FA |
| 16 | Multi-colored diamond necklace | 9,000.00 | 0.00 | | 0.00 | FA |
| 17 | Golf clubs, basketballs. | 2,000.00 | 0.00 | | 0.00 | FA |
| 18 | Exercise equipment | 3,500.00 | 0.00 | | 2,120.00 | FA |
| 19 | Int. in Ins. policies: United Healthcare | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Morgan Stanley 529 plan | 723.50 | 0.00 | | 0.00 | FA |
| 21 | UBS stock account | 715.50 | 0.00 | | 0.00 | FA |
| 22 | Nonpublic stock and businesses: See attached. Va | 0.00 | 0.00 | | 0.00 | FA |
| 23 | See attached list. $8,026,000, Collectability un | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Insurance claims - see attached. | 0.00 | 0.00 | | 0.00 | FA |
| 25 | 1972 Chevrolet Monte Carlo, 112000 miles. Entire | 18,000.00 | 0.00 | | 0.00 | FA |
| 26 | 1982 Jaguar XJ6, 193000 miles. Entire property v | 10,000.00 | 0.00 | | 0.00 | FA |
| 27 | 2000 BMW 740II, 95000 miles. Entire property val | 9,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-13962-BFK  
**Case Name:** HUNT, RODNEY PAUL  

**Trustee:** (660410)   Janet M. Meiburger  
**Filed (f) or Converted (c):** 04/18/16 (c)  
**§341(a) Meeting Date:** 05/19/16  

**Period Ending:** 02/26/18  

**Claims Bar Date:** 08/24/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 2003 Cadillac DeVille, 203000 miles. Entire prop | 5,000.00 | 750.00 | | 750.00 | FA |
| 29 | 1965 Dodge Road Runner, 34000 miles. Entire prop | 22,000.00 | 0.00 | | 0.00 | FA |
| 30 | 1985 Hummer, In possession Johnny Gallo in Los A | 30,000.00 | 0.00 | | 0.00 | FA |
| 31 | 1987 Jaguar XJ6 Convertible, In possession of Jo | 40,000.00 | 0.00 | | 0.00 | FA |
| 32 | 2003 Mercedes Benz SL55 Hardtop Convertible, Was | 35,000.00 | 0.00 | | 0.00 | FA |
| 33 | Yamaha Motorcycle, In Texas. Entire property val | 15,000.00 | 0.00 | | 0.00 | FA |
| 34 | Vespa, In Texas. Entire property value: $3,000.0 | 3,000.00 | 0.00 | | 0.00 | FA |
| 35 | Pontoon boat, In Cold Springs TX in possession o | 10,000.00 | 0.00 | | 0.00 | FA |
| 35 | **Assets** **Totals** (Excluding unknown values) | **$10,559,494.00** | **$237,576.88** | | **$103,961.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/17/2017 - Case is ready for preparation of TFR.  
06/30/2016- Ongoing investigation and/or liquidation of assets.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2017    **Current Projected Date Of Final Report (TFR):**   September 30, 2017

Printed: 02/26/2018 04:41 PM    V.13.31

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-13962-BFK  
**Case Name:** HUNT, RODNEY PAUL  

**Taxpayer ID #:** **-***3713  
**Period Ending:** 02/26/18  

**Trustee:** Janet M. Meiburger (660410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/27/16 | | AUCTION MARKETS, LLC | PROCEEDS FROM SALE OF PERSONAL PROPERTY PER COURT ORDER (DOCKET NO. 87) | | 58,657.31 | | 58,657.31 |
| | {11} | | 70,000.00 | 1129-000 | | | 58,657.31 |
| | {6} | | 2,438.00 | 1129-000 | | | 58,657.31 |
| | {6} | | 272.95 | 1129-000 | | | 58,657.31 |
| | {6} | | 1,131.55 | 1129-000 | | | 58,657.31 |
| | {6} | | 10,082.00 | 1129-000 | | | 58,657.31 |
| | {18} | | 2,120.00 | 1129-000 | | | 58,657.31 |
| | {6} | | 4,537.07 | 1129-000 | | | 58,657.31 |
| | {6} | | 2,500.00 | 1129-000 | | | 58,657.31 |
| | {6} | | 212.00 | 1129-000 | | | 58,657.31 |
| | {11} | | 491.31 | 1129-000 | | | 58,657.31 |
| | {6} | | 159.00 | 1129-000 | | | 58,657.31 |
| | {6} | | 21.20 | 1129-000 | | | 58,657.31 |
| | {6} | | 1,616.50 | 1129-000 | | | 58,657.31 |
| | {6} | | 318.00 | 1129-000 | | | 58,657.31 |
| | {6} | | 768.50 | 1129-000 | | | 58,657.31 |
| | {6} | | 84.80 | 1129-000 | | | 58,657.31 |
| | {6} | | 663.00 | 1129-000 | | | 58,657.31 |
| | {6} | | 1,272.00 | 1129-000 | | | 58,657.31 |
| | | | VIRGINIA SALES TAX  -1,490.87 | 2820-000 | | | 58,657.31 |
| | | | PAYMENT TO AUCTION MARKETS, LLC FOR MARKETING EXPENSES  -2,249.99 | 3620-000 | | | 58,657.31 |
| | | | PAYMENT TO AUCTION MARKETS, LLC FOR COMMISSION & CREDIT CARD FEE REIMBURSEMENT  -36,289.71 | 3610-000 | | | 58,657.31 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 58,647.31 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.31 | 58,566.00 |
| 08/10/16 | | AUCTION MARKETS, LLC | PROCEEDS FROM SALE OF PERSONAL PROPERTY PER COURT ORDER (DOCKET NO. 87) | | 617.50 | | 59,183.50 |
| | {8} | | 212.00 | 1129-000 | | | 59,183.50 |
| | {28} | | 750.00 | 1129-000 | | | 59,183.50 |

Subtotals : $59,274.81   $91.31

{} Asset reference(s)   Printed: 02/26/2018 04:41 PM   V.13.31

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-13962-BFK | | Trustee: | Janet M. Meiburger (660410) |
|---|---|---|---|---|
| Case Name: | HUNT, RODNEY PAUL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***3713 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 02/26/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Sales Tax  -12.00 | 2500-000 | | | 59,183.50 |
| | | | Sales Agent Commission  -332.50 | 2500-000 | | | 59,183.50 |
| 08/10/16 | 101 | TRUSTEE INSURANCE AGENCY | INSURANCE ON 5227 BALLYCASTLE CIRCLE, ALEXANDRIA, VA | 2420-000 | | 377.00 | 58,806.50 |
| 08/25/16 | 102 | Trustee Insurance Agency | Invoice 6914 Insurance on Vehicles and Furnishings | 2420-000 | | 1,460.00 | 57,346.50 |
| 08/31/16 | 103 | Trustee Insurance Agency | INSURANCE ON 5227 BALLYCASTLE CIRCLE, ALEXANDRIA, VA | 2420-000 | | 290.00 | 57,056.50 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.74 | 56,963.76 |
| 09/12/16 | 104 | Barbara Fears | Pre-Petition Child Support Payment Per Court Order Entered 9/12/16 (Docket No. 131) | 5100-000 | | 11,490.00 | 45,473.76 |
| 09/12/16 | 105 | Paula Schulz | Pre-Petition Child Support Per Court Order Entered 9/12/16 (Docket No. 131) | 5100-000 | | 18,510.00 | 26,963.76 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.86 | 26,904.90 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.30 | 26,867.60 |
| 11/09/16 | | Auction Markets LLC | PROCEEDS FROM SALE OF PERSONAL PROPERTY PER COURT ORDER (DOCKET NO. 87) | | 3,323.83 | | 30,191.43 |
| | {11} | | Sales Price  4,312.00 | 1129-000 | | | 30,191.43 |
| | | | Buyers Premium  646.80 | 1129-000 | | | 30,191.43 |
| | | | Sales Tax  151.92 | 1129-000 | | | 30,191.43 |
| | | | 15% Buyer's Premium  -646.80 | 1129-000 | | | 30,191.43 |
| | | | 10% Seller Commission  -431.20 | 1129-000 | | | 30,191.43 |
| | | | 6% Sales Tax - Remitted by Auction Markets to the Commonwealth of Virginia  -151.92 | 1129-000 | | | 30,191.43 |
| | | | Marketing Expenses  -440.66 | 1129-000 | | | 30,191.43 |
| | | | Credit Card Fee based on $3,877 in CC Purchases  -116.31 | 1129-000 | | | 30,191.43 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.65 | 30,147.78 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.24 | 30,104.54 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.17 | 30,058.37 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.35 | 30,018.02 |
| 03/02/17 | 106 | ALVIN W. BARLOW, JR. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-13962, 2017 Blanket Bond Premium | 2300-000 | | 19.73 | 29,998.29 |

Subtotals : $3,323.83   $32,509.04

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 15-13962-BFK | | Trustee: | Janet M. Meiburger (660410) |
|---|---|---|---|---|
| Case Name: | HUNT, RODNEY PAUL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***3713 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 02/26/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Voided on 03/02/17 | | | | |
| 03/02/17 | 106 | ALVIN W. BARLOW, JR. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #15-13962, 2017 Blanket Bond Premium Voided: check issued on 03/02/17 | 2300-000 | | -19.73 | 30,018.02 |
| 03/03/17 | 107 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/03/2017 FOR CASE #15-13962, 2017 Bond Premium | 2300-000 | | 19.04 | 29,998.98 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.59 | 29,954.39 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.21 | 29,914.18 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.32 | 29,866.86 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.95 | 29,823.91 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.46 | 29,782.45 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.12 | 29,735.33 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.34 | 29,693.99 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.55 | 29,648.44 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.64 | 29,605.80 |
| 12/01/17 | 108 | Rodney Hunt | Debtor's Exemption Per Court Order (Docket No. 169) | 8100-002 | | 1.00 | 29,604.80 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.16 | 29,563.64 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.77 | 29,516.87 |
| | | | **ACCOUNT TOTALS** | | 62,598.64 | 33,081.77 | $29,516.87 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 62,598.64 | 33,081.77 | |
| | | | Less: Payments to Debtors | | | 1.00 | |
| | | | **NET Receipts / Disbursements** | | $62,598.64 | $33,080.77 | |

| | | | | |
|---|---|---|---|---|
| Net Receipts : | 62,598.64 | | | |
| Plus Gross Adjustments : | 40,375.07 | | Net Receipts | Net Disbursements | Account Balances |
| Less Payments to Debtor : | 1.00 | TOTAL - ALL ACCOUNTS | | | |
| | | **Checking # ******5366** | 62,598.64 | 33,080.77 | 29,516.87 |
| Net Estate : | $102,972.71 | | $62,598.64 | $33,080.77 | $29,516.87 |

{} Asset reference(s)

Printed: 02/26/2018 04:41 PM    V.13.31

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 24, 2016

**Case Number:** 15-13962-BFK  
**Debtor Name:** HUNT, RODNEY PAUL

Page: 1

**Date:** February 26, 2018  
**Time:** 04:42:44 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | Janet M. Meiburger<br>1493 Chain Bridge Rd, Ste 201<br>McLean, VA 22101 | Admin Ch. 7 | ALLOWED. | $4,137.30 | $0.00 | 4,137.30 |
| 200 | Janet M. Meiburger<br>1493 Chain Bridge Rd, Ste 201<br>McLean, VA 22101 | Admin Ch. 7 | ALLOWED. | $8,398.64 | $0.00 | 8,398.64 |
| 200 | BARRY STRICKLAND & COMPANY<br>P.O. BOX 9228<br>RICHMOND, VA 23227 | Admin Ch. 7 | ALLOWED. | $1,581.90 | $0.00 | 1,581.90 |
| 200 | The Meiburger Law Firm, P.C.<br>1493 Chain Bridge Road, Suite 201<br>McLean, VA 22101 | Admin Ch. 7 | ALLOWED. | $5,359.31 | $0.00 | 5,359.31 |
| 33 210 | U.S. Trustee<br>115 S Union Street Room 210<br>Alexandria, VA 22314 | Admin Ch. 7 | ALLOWED BUT NOT PAYABLE PER 11 U.S.C. §507(a)(1). | $0.00 | $0.00 | 0.00 |
| 25B 300 | Commonwealth of VA for Paula Schulz<br>Office of the Attorney General,DCSE -<br>Bankruptcy Unit,2001 Maywill St. Ste. 20<br>Richmond, VA 23230 | Admin Ch. 11 | ALLOWED. POST-PETITION, PRE-CONVERSION. | $24,786.48 | $0.00 | 24,786.48 |
| 27B 300 | Barbara Fears<br>702 Villa Ridge Pkwy.<br>Lawrenceville, GA 30044 | Admin Ch. 11 | ALLOWED. POST-PETITION, PRE-CONVERSION. | $28,559.00 | $0.00 | 28,559.00 |
| 25A 90 | Commonwealth of VA for Paula Schulz<br>Office of the Attorney General,DCSE -<br>Bankruptcy Unit,2001 Maywill St. Ste. 20<br>Richmond, VA 23230 | Priority | ALLOWED. PRE-PETITION. PAYMENT ACHIEVES SAME PRO-RATA DISTRIBUTION AS CLAIM 27A. | $35,812.50 | $18,510.00 | 17,302.50 |
| 27A 90 | Barbara Fears<br>702 Villa Ridge Pkwy.<br>Lawrenceville, GA 30044 | Priority | ALLOWED. PRE-PETITION. | $14,413.09 | $11,490.00 | 2,923.09 |
| 14 500 | Commonwealth of VA for Barbara Fears<br>Office of the Attorney General,DCSE -<br>Bankruptcy Unit,2001 Maywill St. Ste. 20<br>Richmond, VA 23230 | Priority | DISALLOWED BY AGREEMENT WITH CREDITOR. DUPLICATE OF CLAIM NO. 27. | $0.00 | $0.00 | 0.00 |
| 24 -2 500 | Commonwealth of VA for Barbara Fears<br>Office of the Attorney General,DCSE -<br>Bankruptcy Unit,2001 Maywill St. Ste. 20<br>Richmond, VA 23230 | Priority | DISALLOWED BY AGREEMENT WITH CREDITOR. DUPLICATE OF CLAIM NO. 27.. | $0.00 | $0.00 | 0.00 |
| 31 500 | Paula Schulz<br>6039 Deer Ridge Trail<br>Springfield, VA 22150 | Priority | DISALLOWED BY AGREEMENT WITH CREDITOR. DUPLICATE OF CLAIM NO. 25. | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 24, 2016

**Case Number:** 15-13962-BFK  
**Debtor Name:** HUNT, RODNEY PAUL

Page: 2

**Date:** February 26, 2018  
**Time:** 04:42:44 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 32 / 500 | Paula Schulz<br>6039 Deer Ridge Trail<br>Springfield, VA 22150 | Priority | DISALLOWED BY AGREEMENT WITH CREDITOR. DUPLICATE OF CLAIM NO. 25. | $0.00 | $0.00 | 0.00 |
| 34 / 500 | Paula Schulz<br>6039 Deer Ridge Trail<br>Springfield, VA 22150 | Priority | DISALLOWED BY AGREEMENT WITH CREDITOR. DUPLICATE OF CLAIM NO. 25. | $0.00 | $0.00 | 0.00 |
| 1P / 570 | West Virginia Department of Tax & Revenue<br>Bankruptcy Unit<br>P.O. Box 766<br>Charleston, WV 25323-0766 | Priority | ALLOWED. | $187,500.00 | $0.00 | 187,500.00 |
| 3P-3 / 570 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Priority | ALLOWED. | $872,281.16 | $0.00 | 872,281.16 |
| 13P-2 / 570 | Virginia Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218-1115 | Priority | ALLOWED. | $106,139.06 | $0.00 | 106,139.06 |
| 1S / 100 | West Virginia Department of Tax & Revenue<br>Bankruptcy Unit<br>P.O. Box 766<br>Charleston, WV 25323-0766 | Secured | PROPERTY NOT ADMINISTERED. | $0.00 | $0.00 | 0.00 |
| 5S-3 / 100 | Fairfax County<br>Office of the County Attorney<br>12000 Govt. Center Parkway, Suite 549<br>Fairfax, VA 22035 | Secured | PROPERTY ABANDONED (DOCKET NO.138); PROPERTY NOT ADMINISTERED. | $0.00 | $0.00 | 0.00 |
| 15 / 100 | Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631 | Secured | PROPERTY ABANDONED (DOCKET NO.164). | $0.00 | $0.00 | 0.00 |
| 21S / 100 | Judith Wasserman<br>C/O Gray Reed & McGraw/Kyle Sanders<br>1300 Post Oak Blvd<br>Houston, TX 77056 | Secured | PROPERTY ABANDONED (DOCKET NO.164); PROPERTY NOT ADMINISTERED. | $0.00 | $0.00 | 0.00 |
| 22 / 100 | Capital One N.A.,<br>Payment Processing<br>P.O. Box 105385<br>Atl, GA 30348 | Secured | PROPERTY NOT ADMINISTERED. | $0.00 | $0.00 | 0.00 |
| 2 / 610 | Roth Doner & Jackson<br>8200 Greensboro Dr #820<br>McLean, VA 22102 | Unsecured | ALLOWED. | $35,198.84 | $0.00 | 35,198.84 |
| 4 / 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | ALLOWED. | $7,857.35 | $0.00 | 7,857.35 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 24, 2016

**Case Number:** 15-13962-BFK  
**Debtor Name:** HUNT, RODNEY PAUL  

Page: 3

**Date:** February 26, 2018  
**Time:** 04:42:44 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5U-3 610 | Fairfax County<br>Office of the County Attorney<br>12000 Govt. Center Parkway, Suite 549<br>Fairfax, VA 22035 | Unsecured | ALLOWED. | $14,581.30 | $0.00 | 14,581.30 |
| 6 610 | Jerald B. Greenspan<br>C/O Alan B. Fischler, Esq.,Law Offices<br>of Alan B. Fischler, LLC,4520 East-West<br>Bethesda, MD 20814 | Unsecured | ALLOWED. | $588,964.12 | $0.00 | 588,964.12 |
| 7 -2 610 | Jerald B. Greenspan<br>C/O Alan B. Fischler, Esq.,Law Offices<br>of Alan B. Fischler, LLC,4520 East-West<br>Bethesda, MD 20814 | Unsecured | DISALLOWED. DUPLICATE OF CLAIM 6. | $0.00 | $0.00 | 0.00 |
| 8 610 | Johnny Dang<br>Elliott Jay Marsden, Esquire<br>1 N. Charles Street, Suite 2300<br>Baltimore, MD 21201 | Unsecured | ALLOWED. | $275,231.00 | $0.00 | 275,231.00 |
| 9 610 | Sprint Corp<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Unsecured | ALLOWED. | $4,789.92 | $0.00 | 4,789.92 |
| 10 -2 610 | Bank of America, N.A.<br>c/o Nikolaus F. Schandlbauer, Esq.,<br>Washington, DC | Unsecured | ALLOWED. | $2,252,971.57 | $0.00 | 2,252,971.57 |
| 11 610 | Saul Subsidiary I, LLC<br>Saul Centers<br>7501 Wisconsin Ave #1500E<br>Bethesda, MD 20814 | Unsecured | ALLOWED. | $995,635.91 | $0.00 | 995,635.91 |
| 12 610 | Vicky Stovall<br>C/O Carlson Law Firm/Todd Kelly<br>11606 N 111-35<br>Austin, TX 78753 | Unsecured | ALLOWED. | $620,643.20 | $0.00 | 620,643.20 |
| 13U-2 610 | Virginia Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218-1115 | Unsecured | ALLOWED. | $65,659.08 | $0.00 | 65,659.08 |
| 16 610 | Evans Law Group<br>901 South Mopac Expressway, Suite 110<br>Austin, TX 78746 | Unsecured | ALLOWED. | $132,040.35 | $0.00 | 132,040.35 |
| 17 610 | William D. Powers<br>8911 N. Capital of Texas Highway,<br>Building 2, Suite 2105<br>Austin, TX 78759 | Unsecured | ALLOWED. | $28,433.05 | $0.00 | 28,433.05 |
| 18 610 | Wells Fargo Bank, N.A.<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208 | Unsecured | ALLOWED. | $211.92 | $0.00 | 211.92 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 24, 2016

**Case Number:** 15-13962-BFK  
**Debtor Name:** HUNT, RODNEY PAUL

Page: 4

**Date:** February 26, 2018  
**Time:** 04:42:44 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 / 610 | Wells Fargo Bank, N.A.<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208 | Unsecured | ALLOWED. | $225.00 | $0.00 | 225.00 |
| 20 / 610 | Kelly Byrnes & Danker<br>3975 Fair Ridge Dr #275N<br>Fairfax, VA 22033 | Unsecured | ALLOWED. | $3,268.86 | $0.00 | 3,268.86 |
| 21U / 610 | Judith Wasserman<br>C/O Gray Reed & McGraw/Kyle Sanders<br>1300 Post Oak Blvd<br>Houston, TX 77056 | Unsecured | ALLOWED. | $2,234,054.63 | $0.00 | 2,234,054.63 |
| 23 / 610 | Prince George's County, Maryland<br>c/o Meyers, Rodbell & Rosenbaum, P.A.<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737 | Unsecured | ALLOWED. | $103,585.18 | $0.00 | 103,585.18 |
| 26 / 610 | Progressive Northern Insurance Company<br>CL#144038981<br>PO Box 512929<br>Los Angeles, CA 90051 | Unsecured | ALLOWED. | $32,998.57 | $0.00 | 32,998.57 |
| 28 / 610 | Kingstowne Residential Owners Corporation<br>c/o Rees Broome, PC<br>1900 Gallows Road, Suite 700<br>Tysons Corner, VA 22182 | Unsecured | ALLOWED. | $847.60 | $0.00 | 847.60 |
| 29 / 610 | Commonwealth Elevator<br>5605B General Washington Dr<br>Alexandria, VA 22312 | Unsecured | ALLOWED. | $862.50 | $0.00 | 862.50 |
| 30 / 610 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 | Unsecured | ALLOWED. | $48,094.93 | $0.00 | 48,094.93 |
| 1U / 630 | West Virginia Department of Tax & Revenue<br>Bankruptcy Unit<br>P.O. Box 766<br>Charleston, WV 25323-0766 | Unsecured | ALLOWED, BUT SUBORDINATED PENALTY PER § 726 (a)(4). | $48,000.00 | $0.00 | 48,000.00 |
| 3U-3 / 630 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Unsecured | ALLOWED, BUT SUBORDINATED PENALTY PER § 726 (a)(4). | $65,361.14 | $0.00 | 65,361.14 |
| 13U-2 / 630 | Virginia Department of Taxation<br>PO Box 2156<br>Richmond, VA 23218-1115 | Unsecured | ALLOWED, BUT SUBORDINATED PENALTY PER § 726 (a)(4). | $18,615.42 | $0.00 | 18,615.42 |
| **<< Totals >>** | | | | 8,867,099.88 | 30,000.00 | 8,837,099.88 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                        Exhibit D

Case No.: 15-13962-BFK
Case Name: HUNT, RODNEY PAUL
Trustee Name: Janet M. Meiburger

**Balance on hand:**                           $          29,516.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | West Virginia Department of Tax & Revenue | 6,268.82 | 0.00 | 0.00 | 0.00 |
| 5S-3 | Fairfax County | 26,411.18 | 0.00 | 0.00 | 0.00 |
| 15 | Bank of America, N.A. | 4,670,636.40 | 0.00 | 0.00 | 0.00 |
| 21S | Judith Wasserman | 1.00 | 0.00 | 0.00 | 0.00 |
| 22 | Capital One N.A., | 617,042.31 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                         $     29,516.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Janet M. Meiburger | 8,398.64 | 0.00 | 8,398.64 |
| Trustee, Expenses - Janet M. Meiburger | 4,137.30 | 0.00 | 4,137.30 |
| Attorney for Trustee, Fees - The Meiburger Law Firm, P.C. | 5,359.31 | 0.00 | 5,359.31 |
| Accountant for Trustee, Fees - BARRY STRICKLAND & COMPANY | 1,581.90 | 0.00 | 1,581.90 |
| Fees, United States Trustee | 0.00 | 0.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $     19,477.15
Remaining balance:                                          $     10,039.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Expenses: Barbara Fears | 28,559.00 | 0.00 | 0.00 |
| Other Expenses: Commonwealth of VA for Paula Schulz | 24,786.48 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:    $          0.00
Remaining balance:                                              $     10,039.72

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,216,145.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | West Virginia Department of Tax & Revenue | 187,500.00 | 0.00 | 0.00 |
| 3P-3 | Internal Revenue Service | 872,281.16 | 0.00 | 0.00 |
| 13P-2 | Virginia Department of Taxation | 106,139.06 | 0.00 | 0.00 |
| 14 | Commonwealth of VA for Barbara Fears | 0.00 | 0.00 | 0.00 |
| 24 -2 | Commonwealth of VA for Barbara Fears | 0.00 | 0.00 | 0.00 |
| 25A | Commonwealth of VA for Paula Schulz | 35,812.50 | 18,510.00 | 10,039.72 |
| 27A | Barbara Fears | 14,413.09 | 11,490.00 | 0.00 |
| 31 | Paula Schulz | 0.00 | 0.00 | 0.00 |
| 32 | Paula Schulz | 0.00 | 0.00 | 0.00 |
| 34 | Paula Schulz | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:     $         10,039.72
Remaining balance:                         $              0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,446,154.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Roth Doner & Jackson | 35,198.84 | 0.00 | 0.00 |
| 4 | American Express Centurion Bank | 7,857.35 | 0.00 | 0.00 |
| 5U-3 | Fairfax County | 14,581.30 | 0.00 | 0.00 |
| 6 | Jerald B. Greenspan | 588,964.12 | 0.00 | 0.00 |
| 7 -2 | Jerald B. Greenspan | 0.00 | 0.00 | 0.00 |
| 8 | Johnny Dang | 275,231.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 9 | Sprint Corp | 4,789.92 | 0.00 | 0.00 |
| 10 -2 | Bank of America, N.A. | 2,252,971.57 | 0.00 | 0.00 |
| 11 | Saul Subsidiary I, LLC | 995,635.91 | 0.00 | 0.00 |
| 12 | Vicky Stovall | 620,643.20 | 0.00 | 0.00 |
| 13U-2 | Virginia Department of Taxation | 65,659.08 | 0.00 | 0.00 |
| 16 | Evans Law Group | 132,040.35 | 0.00 | 0.00 |
| 17 | William D. Powers | 28,433.05 | 0.00 | 0.00 |
| 18 | Wells Fargo Bank, N.A. | 211.92 | 0.00 | 0.00 |
| 19 | Wells Fargo Bank, N.A. | 225.00 | 0.00 | 0.00 |
| 20 | Kelly Byrnes & Danker | 3,268.86 | 0.00 | 0.00 |
| 21U | Judith Wasserman | 2,234,054.63 | 0.00 | 0.00 |
| 23 | Prince George's County, Maryland | 103,585.18 | 0.00 | 0.00 |
| 26 | Progressive Northern Insurance Company | 32,998.57 | 0.00 | 0.00 |
| 28 | Kingstowne Residential Owners Corporation | 847.60 | 0.00 | 0.00 |
| 29 | Commonwealth Elevator | 862.50 | 0.00 | 0.00 |
| 30 | Ohio Department of Taxation | 48,094.93 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     **$           0.00**
Remaining balance:     **$           0.00**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims:     **$           0.00**
Remaining balance:     **$           0.00**

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 131,976.56 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | West Virginia Department of Tax & Revenue | 48,000.00 | 0.00 | 0.00 |
| 3U-3 | Internal Revenue Service | 65,361.14 | 0.00 | 0.00 |
| 13U-2 | Virginia Department of Taxation | 18,615.42 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00  
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**